B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Ross, Leonard M. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Trustee of Leonard M. Ross Revocable Trust u/d/t 12/20/85 | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 9833 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>1011 No. Beverly Drive<br>Beverly Hills, CA               ZIPCODE  90210 | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| [✓] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>[ ] Corporation (includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[ ] Other | [ ] Chapter 7<br>[ ] Chapter 9<br>[✓] Chapter 11<br>[ ] Chapter 12<br>[ ] Chapter 13       [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>[ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Tax-Exempt Entity<br>(Check box, if applicable)<br>[ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | Nature of Debts<br>(Check one box)<br>[✓] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."       [ ] Debts are primarily business debts |
|---|---|

| Filing Fee (Check one box)<br>[✓] Full Filing Fee attached<br><br>[ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br><br>[ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>[✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes<br>[ ] A plan is being filed with this petition.<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| [ ]<br>1-49 | [✓]<br>50-99 | [ ]<br>100-199 | [ ]<br>200-999 | [ ]<br>1000-5000 | [ ]<br>5,001-10,000 | [ ]<br>10,001-25,000 | [ ]<br>25,001-50,000 | [ ]<br>50,001-100,000 | [ ]<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [ ]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $100 million | [ ]<br>$50,000,001 to $100 million | [✓]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [ ]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $50 million | [✓]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 3021330102110

B1 (Official Form 1) (4/10)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Leonard M. Ross |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   NONE | Case Number: | Date Filed: |
| Location Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: Colony Lodging, Inc. | Case Number: 10-60909-rbk | Date Filed: 07/27/10 |
| District: Western District of Texas | Relationship: Indirect Owner | Judge: Hon. Ronald B. King |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x02310

**B1 (Official Form 1) (4/10)**                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Leonard M. Ross |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition
is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and
has chosen to file under chapter 7] I am aware that I may proceed under
chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief
available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the
petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States
Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____9/15/2010_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition
is true and correct, that I am the foreign representative of a debtor in a foreign
proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐   I request relief in accordance with chapter 15 of title 11, United States
Code. Certified copies of the documents required by § 1515 of title 11 are
attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of
title 11 specified in this petition.    A certified copy of the order granting
recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

ROBERT YASPAN
Printed Name of Attorney for Debtor(s)

Law Offices of Robert M. Yaspan
Firm Name

21700 Oxnard Street, Suite 1750
Address

Woodland Hills, CA 91367

818-905-7711
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a
certification that the attorney has no knowledge after an inquiry that the
information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer
as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation,
and have provided the debtor with a copy of this document and the notices
and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and,
3) If rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110
setting a maximum fee for services chargeable by bankruptcy petition
preparers, I have given the debtor notice of the maximum amount before any
document for filing for a debtor or accepting any fee from the debtor, as
required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual,
state the Social Security number of the officer, principal, responsible person or
partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition  preparer or officer, principal, responsible
person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or
assisted in preparing this document unless the bankruptcy petition preparer is
not an individual:

If more than one person prepared this document, attach additional sheets
conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11
and the Federal Rules of Bankruptcy Procedure may result in fines or
imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition
is true and correct, and that I have been authorized to file this petition on
behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11,
United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-730 - 29212-301-*-31011

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   Leonard M. Ross                                    ,
                              Debtor

Case No. _____

Chapter   11 _____

## Voluntary Petition Continuation Sheet

| Additional Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor | | |
|---|---|---|
| Name of Debtor:<br>Rossco Plaza, Inc. | Case Number:<br>10-60917-rbk | Date Filed:<br>07/28/10 |
| District:<br>Western District of Texas | Relationship:<br>Indirect owner | Judge:<br>Hon. Ronald B. King |
| Name of Debtor:<br>LJR Properties, Ltd. | Case Number:<br>10-60919-rbk | Date Filed:<br>07/28/10 |
| District:<br>Western District of Texas | Relationship:<br>Majority member | Judge:<br>Hon. Ronald B. King |
| Name of Debtor:<br>Monte Nido Estates, LLC. | Case Number:<br>10-60920-rbk | Date Filed:<br>07/28/10 |
| District:<br>Western District of Texas | Relationship:<br>Indirect owner | Judge:<br>Hon. Ronald B. King |
| Name of Debtor:<br>Rossco Holdings, Inc. | Case Number:<br>10-60953-rbk | Date Filed:<br>08/02/10 |
| District:<br>Western District of Texas | Relationship:<br>100% shareholder | Judge:<br>Hon. Ronald B. King |
| Name of Debtor:<br>WM Properties, Ltd. | Case Number:<br>10-60918-rbk | Date Filed:<br>07/28/10 |
| District:<br>Western District of Texas | Relationship:<br>Majority indirect owner | Judge:<br>Hon. Ronald B. King |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert M. Yaspan SBN: 51867<br>LAW OFFICES OF ROBERT M. YASPAN<br>21700 Oxnard Street, Suite 1750<br>Woodland Hills, CA 91367<br>☒ Attorney for: Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: LEONARD M. ROSS and THE LEONARD M. ROSS REVOCABLE TRUST (u/d/t 12-20-85) | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists     Date Filed: September 15, 2010

☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____

☐ Other: _____     Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

_____      9/15/2010
Signature of Signing Party      Date

LEONARD M. ROSS
Printed Name of Signing Party

_____      _____
Signature of Joint Debtor (if applicable)      Date

_____
Printed Name of Joint Debtor (if applicable)

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____      9/15/10
Signature of Attorney for Signing Party      Date

Robert M. Yaspan
Printed Name of Attorney for Signing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re _Leonard M. Ross_____     Case No._____
                    **Debtor(s)**                                       (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x02310

B1 D (Official Form I, Exh. D) (12/09) – Cont.                                                  Page 2

☐  3.  I certify that I requested credit counseling services from an approved agency but
was unable to obtain the services during the seven days from the time I made my request, and the
following exigent circumstances merit a temporary waiver of the credit counseling requirement
so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*


**If your certification is satisfactory to the court, you must still obtain the credit
counseling briefing within the first 30 days after you file your bankruptcy petition and
promptly file a certificate from the agency that provided the counseling, together with a
copy of any debt management plan developed through the agency.  Failure to fulfill these
requirements may result in dismissal of your case.  Any extension of the 30-day deadline
can be granted only for cause and is limited to a maximum of 15 days. Your case may also
be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case
without first receiving a credit counseling briefing.**

☐  4.  I am not required to receive a credit counseling briefing because of: *[Check the
applicable statement.] [Must be accompanied by a motion for determination by the court.]*
 ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental
illness or mental deficiency so as to be incapable of realizing and making rational
decisions with respect to financial responsibilities.);
 ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the
extent of being unable, after reasonable effort, to participate in a credit counseling
briefing in person, by telephone, or through the Internet.);
 ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit
counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and
correct.**


Signature of Debtor:    _____
         LEONARD M. ROSS

Date:    _____
   9/15/2010

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x07310

Certificate Number: 00478-CAC-CC-011918855

00478-CAC-CC-011918855

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 8, 2010, at 2:58 o'clock PM PDT, Leonard M Ross received from Springboard Nonprofit Consumer Credit Management, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Central District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  August 8, 2010                By:    /s/Elisabet Carreon

                                     Name:  Elisabet Carreon

                                     Title:  Certified Financial Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   Leonard M. Ross

Debtor

Case No. _____

Chapter _____11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Amer. Express Box 0001 Los Angeles, CA 90096-8000 | | | | 185,870 |
| Citizen's Bank P. O. Box 42115 Providence, RI 02940-2115 | | | | 296,654 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Bellagio Hotel 3600 Las Vegas Blvd South Las Vegas, NV 89109 | | | | 350,000 |
| JP Morgan Private Bank PO Box 94014 Palatine, IL 60094-4014 | | | | 470,207 |
| OneWest Bank FSB 390 West Valley Parkway Escondido, CA 92025 | | | Contingent | 691,200 |
| Prosperity Bank 2202 Longmire Drive College Station, Texas 77845 | | | | 832,627 |
| OneWest Bank FSB 390 West Valley Parkway Escondido, CA 92025 | | | Contingent | 881,934 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x02310

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| OneWest Bank FSB 390 West Valley Parkway Escondido, CA 92025 | | | Contingent | 1,612,800 |
| Pacific Mercantile Bank 9720 Wilshire Boulevard Beverly Hills, CA 90212 | | | | 3,999,000 Collateral FMV 2,250,000 |
| OneWest Bank FSB 390 West Valley Parkway Escondido, CA 92025 | | | Contingent | 1,922,155 |
| Bank of America 201 East Washington Street Phoenix, AZ 85004 | | | | 1,997,794 |
| Rossco MP Properties Co. LLC 1011½ N. Beverly Drive Beverly Hills, CA 90210 | | | | 2,601,400 |
| Pacific Mercantile Bank Beverly Hills, California | | | | 5,000,000 Collateral FMV 2,250,000 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x02310

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Merri Jean Ross 1023 N. Roxbury Drive Beverly Hills, CA 90210 | | | | 3,012,500 |
| RFF Family Partnership, LP 226 Twenty-Third Street Santa Monica, California 90402 | | | Contingent | 4,160,000 |
| National Guardian Life Insurance Co. Two East Gilman Street Madison, WI 53703 | | | Contingent | 4,223,917 |
| Chase Home Finance PO Box 78420 Phoenix, AZ 85056-8420 | | | | 4,615,000 |
| National Guardian Life Insurance Co. Two East Gilman Street Madison, WI 53703 | | | Contingent | 4,866,778 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Chase Home Finance PO Box 78420 Phoenix, AZ 85056-8420 | | | | 5,940,000 |
| Pacific Mercantile Bank 9720 Wilshire Boulevard Beverly Hills, CA 90212 | | | Contingent | 6,164,153 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date ___9/15/2010___    Signature _____
LEONARD M. ROSS

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x62310

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Yes, please see attached.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    NA

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    See all related cases

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Please see attached.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Beverly Hills_____, California.

_____
Debtor

Dated ___9/15/10_____

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 1015-2.1

United States Bankruptcy Court
Western District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed
below was filed under Chapter 11 of the United States
Bankruptcy Code, entered on 07/28/2010 at 10:35 PM
and filed on 07/28/2010.



**Monte Nido Estates, LLC**
c/o Rossco Holdings, Inc.
410 South Texas Avenue
College Station, TX 77840
Tax ID / EIN: 95-2801985

The case was filed by the debtor's attorney:

**Christopher Joshua Osborne**
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102
817-878-9371

The case was assigned case number 10-60920-rbk to Judge Ronald B. King.

In most instances, the filing of the bankruptcy case automatically stays certain collection
and other actions against the debtor and the debtor's property. Under certain
circumstances, the stay may be limited to 30 days or not exist at all, although the debtor
can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer
to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the
debtor, they are available at our *Internet* home page http://ecf.txwb.uscourts.gov or at the
Clerk's Office, 800 FRANKLIN AVE., SUITE 140, WACO, TX 76701-0.

You may be a creditor of the debtor. If so, you will receive an additional notice from the
court setting forth important deadlines.

**George D. Prentice II
Clerk, U.S. Bankruptcy**

United States Bankruptcy Court
Western District of Texas

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed
below was filed under Chapter 11 of the United States
Bankruptcy Code, entered on 08/02/2010 at 11:01
AM and filed on 08/02/2010.



**Rossco Holdings, Inc.**
410 S. Texas Ave.
College Station, TX 77840
Tax ID / EIN: 95-2801985

The case was filed by the debtor's attorney:

**Christopher Joshua Osborne**
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102
817-878-9371

The case was assigned case number 10-60953-rbk to Judge Ronald B. King.

In most instances, the filing of the bankruptcy case automatically stays certain collection
and other actions against the debtor and the debtor's property. Under certain
circumstances, the stay may be limited to 30 days or not exist at all, although the debtor
can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer
to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the
debtor, they are available at our *Internet* home page http://ecf.txwb.uscourts.gov or at the
Clerk's Office, 800 FRANKLIN AVE., SUITE 140, WACO, TX 76701-0.

You may be a creditor of the debtor. If so, you will receive an additional notice from the
court setting forth important deadlines.

**George D. Prentice II**
**Clerk, U.S. Bankruptcy**
**Court**

United States Bankruptcy Court
Western District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed
below was filed under Chapter 11 of the United States
Bankruptcy Code, entered on 07/28/2010 at 10:03 PM
and filed on 07/28/2010.



**WM Properties, Ltd.**
c/o Rossco Holdings, Inc.
410 South Texas Avenue
College Station, TX 77840
Tax ID / EIN: 95-2901745

The case was filed by the debtor's attorney:

**Christopher Joshua Osborne**
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102
817-878-9371

The case was assigned case number 10-60918-rbk to Judge Ronald B. King.

In most instances, the filing of the bankruptcy case automatically stays certain collection
and other actions against the debtor and the debtor's property. Under certain
circumstances, the stay may be limited to 30 days or not exist at all, although the debtor
can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer
to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the
debtor, they are available at our *Internet* home page http://ecf.txwb.uscourts.gov or at the
Clerk's Office, 800 FRANKLIN AVE., SUITE 140, WACO, TX 76701-0.

You may be a creditor of the debtor. If so, you will receive an additional notice from the
court setting forth important deadlines.

**George D. Prentice II**
**Clerk, U.S. Bankruptcy**

United States Bankruptcy Court
Western District of Texas

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed
below was filed under Chapter 11 of the United States
Bankruptcy Code, entered on 07/28/2010 at 10:23 PM
and filed on 07/28/2010.

**LJR Properties, Ltd.**
c/o Rossco Holdings, Inc.
410 South Texas Avenue
College Station, TX 77840

The case was filed by the debtor's attorney:

**Clay M. Taylor**
Kelly, Hart & Hallman
201 Main Street
Suite 2500
Ft Worth, TX 76102
817 332-2500

The case was assigned case number 10-60919-rbk to Judge Ronald B. King.

In most instances, the filing of the bankruptcy case automatically stays certain collection
and other actions against the debtor and the debtor's property. Under certain
circumstances, the stay may be limited to 30 days or not exist at all, although the debtor
can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer
to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the
debtor, they are available at our *Internet* home page http://ecf.txwb.uscourts.gov or at the
Clerk's Office, 800 FRANKLIN AVE., SUITE 140, WACO, TX 76701-0.

You may be a creditor of the debtor. If so, you will receive an additional notice from the
court setting forth important deadlines.

**George D. Prentice II**
**Clerk, U.S. Bankruptcy**

United States Bankruptcy Court
Western District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed
below was filed under Chapter 11 of the United States
Bankruptcy Code, entered on 07/28/2010 at 9:50 PM
and filed on 07/28/2010.



**Rossco Plaza, Inc.**
1721 Central Texas Expressway
Killeen, TX 76541
Tax ID / EIN: 59-3810861

The case was filed by the debtor's attorney:

**Christopher Joshua Osborne**
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102
817-878-9371

The case was assigned case number 10-60917-rbk to Judge Ronald B. King.

In most instances, the filing of the bankruptcy case automatically stays certain collection
and other actions against the debtor and the debtor's property. Under certain
circumstances, the stay may be limited to 30 days or not exist at all, although the debtor
can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer
to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the
debtor, they are available at our *Internet* home page http://ecf.txwb.uscourts.gov or at the
Clerk's Office, 800 FRANKLIN AVE., SUITE 140, WACO, TX 76701-0.

You may be a creditor of the debtor. If so, you will receive an additional notice from the
court setting forth important deadlines.

**George D. Prentice II
Clerk, U.S. Bankruptcy
Court**

United States Bankruptcy Court
Western District of Texas

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed
below was filed under Chapter 11 of the United States
Bankruptcy Code, entered on 07/27/2010 at 09:05
AM and filed on 07/27/2010.

**Colony Lodging, Inc.**
1101 S.W. Parkway
College Station, TX 77840
Tax ID / EIN: 74-2921146

The case was filed by the debtor's attorney:

**Christopher Joshua Osborne**
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102
817-878-9371

The case was assigned case number 10-60909-rbk to Judge Ronald B. King.

In most instances, the filing of the bankruptcy case automatically stays certain collection
and other actions against the debtor and the debtor's property. Under certain
circumstances, the stay may be limited to 30 days or not exist at all, although the debtor
can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer
to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the
debtor, they are available at our *Internet* home page http://ecf.txwb.uscourts.gov or at the
Clerk's Office, 800 FRANKLIN AVE., SUITE 140, WACO, TX 76701-0.

You may be a creditor of the debtor. If so, you will receive an additional notice from the
court setting forth important deadlines.

**George D. Prentice II
Clerk, U.S. Bankruptcy
Court**

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In Re  Leonard M. Ross                                                    Case No. _____
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2010 | TO COME |
| 2009 | TO COME |
| 2008 | TO COME |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x02310

**2.    Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                      SOURCE

**3. Payments to creditors**

None

☐

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

TO COME

None

☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x02310

None
☐     *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| TO COME | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐     a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| ROSSCO HOLDINGS INCORPORATED, s California corporation, LEONARD M. ROSS, individually, and as TRUSTEE OF THE LEONARD M. ROSS REVOCABLE TRUST (u/d/t 12-20-85), Plaintiffs, v. MENDES & MOUNT, LLP; CATHERINE RIVARD; DEAN HERMAN; TODD FUSON; and; does 1 LASC, Central, Unlimited Civi | Malpractice attributable to late filing of appeal in Bank of America litigation. | LASC, Central, Unlimited Civi | Pending |
| CAROLINA CASUALTY INSURANCE COMPANY, a Florida corporation, Plaintiff, vs. L.M. ROSS LAW GROUP, LLP, a California limited liability company, and DOES 1 - 100, inclusive, Defendants. | Insurance dispute | LASC | Pending |

L.M. ROSS LAW

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x02310

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| PACIFIC MERCANTILE BANK v. ROSSCO HOLDINGS INCORPORATED, THE LEONARD M. ROSS REVOCABLE TRUST (U/D/T 12-20-85), LEONARD M. ROSS, COLONY LODGING, INC., MONTE NIDO HOMES, LLC, MONTE NIDO ESTATES, LLC, ROSSCO MP PROPERTIES CO. LLC; LODGECO PROPERTIES, LTD;, WMAmerican Arbitration Association | Demand for Commercial Arbitraation | American Arbitration Association | Pending |
| SCOTTSDALE INSURANCE COMPANY V. ROSSCO HOLDINGS, INCORPORATED; LEONARD ROSS aka LEONARD M ROSS aka L ROSS; AND DOES 1 TO 75, Case # SC 106679 | | LASC - Santa Monica | |

None ☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None       List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
☒       deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and Receiverships**

None   a.     Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒       preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None   b.     List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒       one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None       List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒       this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x02310

**8.  Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
⊠    commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including
⊠    attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.  Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial
⊠    affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
⊠

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301c02310

**11.  Closed financial accounts**

None
☐

   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| HSBC | | |
| Prosperity Bank | | |
| First National Bank | | |

**12.  Safe deposit boxes**

None
☒

   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☒

   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x02310

**14. Property held for another person**

None

☒

List all property owned by another person that the debtor holds or controls.

| NAME AND<br>ADDRESS OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None

☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None

☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Merri Jean Ross
1023 N. Roxbury
Drive
Beverly Hills, CA
90210


Nataalia Rey
9196 Thrasher
Avenue
Los Angeles, CA
90069

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x02310

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 302133018.02310

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Rossco Holdings Incorporated-100% | | | | |
| BTCN, Inc.-100% | | | | |
| BWCN, Inc.-100% | | | | |
| UOS ENERGY, ICN.-100% | | | | |
| Jilco Industries, Inc.-8.23% | | | | |
| L.M. Ross Professional Law Corporatin -100% | | | | |
| Lodgeco Properties, Ltd.-93.160% | | | | |
| Caesar Realty Co.-98.20% | | | | |
| Amero Management Co.-60% | | | | |
| Mill Equities Co.-33.7142% | | | | |
| Triro Equities Co.-84.090% | | | | |
| WM Properties, Ltd.-23.818% | | | | |
| LJR Properties, Ltd.-57.00% | | | | |
| Chimney Hill Properties, Ltd.-3.200% | | | | |
| Monte Nido Homes, LLC-100% | | | | |
| e-HQ LLC-96.00% | | | | |
| UOS Energy, LLC-72.452% | | | | |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                                              ADDRESS

## [Questions 19 - 25 are not applicable to this case]

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____9/15/2010_____    Signature
                                 of Debtor _____
                                             LEONARD M. ROSS

_____0_____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____    Social Security No. (Required by 11 U.S.C. § 110(c).)
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

X_____    _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

B203
12/94

# United States Bankruptcy Court
### Central District of California

In re  Leonard M. Ross

Case No. _____

Chapter    11

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................ $ _____60,000_____

Prior to the filing of this statement I have received ........................................... $ _____60,000_____

Balance Due ....................................................................................................... $ _____0_____

2.   The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

Fee includes representation of debtor as general counsel in Chapter 11 proceeding.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

9/15/10

_____
Date

_____
Signature of Attorney

Law Offices of Robert M. Yaspan
_____
Name of law firm

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x0210

February 2006                                                          2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  LEONARD M. ROSS and THE LEONARD M. ROSS REVOCABLE TRUST<br>    (u/d/t 12-20-85)<br><br>                                                             Debtor(s). | CHAPTER: 11<br><br>CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, Leonard M. Ross _____, the debtor in this case, declare under penalty
      *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐     I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
      60-day period prior to the date of the filing of my bankruptcy petition.
      *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒     I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
      no payment from any other employer.

☐     I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of
      *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐     I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for
      the 60-day period prior to the date of the filing of my bankruptcy petition.
      *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐     I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
      no payment from any other employer.

☐     I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  9/15/2010 _____      Signature _____
                                                     *Debtor*

Date  _____      Signature _____
                                                     *Joint Debtor (if any)*

B22B (Official Form 22B) (Chapter 11) (01/08)

In re _Leonard M. Ross_____
              Debtor(s)

Case Number: _____
                    (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedule I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. CALCULATION OF CURRENT MONTHLY INCOME

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☑ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ **Married, not filing jointly. Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ **Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you divide the six-month total by six, and enter the result on the appropriate line. | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $       0 | $ |
| 3 | **Net income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference on Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross receipts — $       0<br>b. Ordinary and necessary business expenses — $       0<br>c. Business Income — Subtract Line b from Line a | $       0 | $   N.A. |
| 4 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero.<br><br>a. Gross receipts — $       0<br>b. Ordinary and necessary operating expenses — $       0<br>c. Business Income — Subtract Line b from Line a | $       0 | $   N.A. |
| 5 | **Interest, dividends and royalties.** | $       0 | $   N.A. |
| 6 | **Pension and retirement income.** | $       0 | $   N.A. |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the the debtor's spouse if Column B is completed. | $       0 | $   N.A. |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $       0    Spouse $   N.A. | $       0 | $   N.A. |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30213301x02310

B22B (Official Form 22B) (Chapter 11) (01/08)

2

| | | | |
|---|---|---|---|
| **Income from all other sources.** If necessary, list additional sources on a separate page. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount. | | | |

| | | | | | |
|---|---|---|---|---|---|
| a. | | $ | 0 | | |
| b. | | $ | 0 | $ 0 | $ N.A. |
| Total and enter on Line 9 | | | | | |

| | | | |
|---|---|---|---|
| **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $ 0 | $ N.A. | |

| | |
|---|---|
| **Total Current Monthly.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ 0 |

## Part VIII: VERIFICATION

I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*

Date: 9/15/2010          Signature: _____
                                                  (Debtor)

Date: _____    Signature: _____
                                                  (Joint Debtor, if any)

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Central District of California

In re  Leonard M. Ross                                    Case No. _____
_____
               **Debtor**                                                   (If known)

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code

_____           _____
Printed name and title, if any, of Bankruptcy Petition Preparer      Social Security number (If the bankruptcy petition
Address:                                                              preparer is not an individual, state the Social Security
                                                                     number of the officer, principal, responsible person,
_____           or partner of the bankruptcy petition preparer.)
                                                                     (Required by 11 U.S.C. § 110.)

X_____
Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

### Certification of the Debtor

I, (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy
Code

Leonard M. Ross                                    X _____  8/15/2010
_____                           Signature of Debtor                Date
Printed Names(s) of Debtor(s)

Case No. (if known) _____        X _____
                                                          Signature of Joint Debtor, (if any)        Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has
**NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by
the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy
petition preparers on page 3 of Form B1 also include this certification.

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re    Leonard M. Ross                  ,

Debtor

Case No. _____

Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 11 pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule 105(6). I assume all responsibility for errors and omissions.

Date    9/15/2010        Signature of Debtor                   

LEONARD M. ROSS

Robert Yaspan
Law Offices of
Robert M. Yaspan
21700 Oxnard Street,
Suite 1750
Woodland Hills, CA 91367
818-905-7711

Leonard M. Ross
1011 No. Beverly Drive
Beverly Hills, CA 90210


Robert Yaspan
Law Offices of Robert M. Yaspan
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367

Absolute Pool & Spa
3145 Coldwater Canyon
Studio City, CA 91604


Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088


Advanta Platinum Business Card
PO Box 8088
Philadelphia, PA 19101-8088


Amer. Express
Box 0001
Los Angeles, CA 90096-8000


Amer. Express (Blue Card) "Optima"
Box 0001
Los Angeles, CA 90096-8000


Aquarium Master
7623 Bay Drive #1
Huntington Beach,  CA 92648


AT&T
Payment center
Sacramento, CA 95887-0001

Bank of America
201 East Washington Street
Phoenix, AZ 85004


Bank of America
201 East Washington Street
Phoenix, AZ 85004


Bank of America
Platinum Plus Business Card
PO Box 15710
Wilmington, DE 19886-5710


Bank of America
PO Box 15710
Wilmington, DE 19886-5710


Bank of America
PO Box 301200
Los Angeles, CA 90030-1200


Bank of America
PO Box 301200
Los Angeles, CA 90030-1200


Bank of America
PO Box 301200
Los Angeles, CA 90030-1200

Bellagio Hotel
3600 Las Vegas Blvd South
Las Vegas, NV 89109


Brentwood Country Club
590 South Burlingame Avenue
Los Angeles, CA 90046


BTU
PO Box 8000
Bryan, TX 77805


Caesars Palace  Hotel
3475 Las Vegas Blvd. South
Las Vegas, NV 89109


California Choice
PO Box 7088
Orange, CA 92863


Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716


Chase Auto Finance
PO Box 78101
Phoenix, AZ 85062

Chase Home Finance
PO Box 78420
Phoenix, AZ 85056-8420


Chase Home Finance
PO Box 78420
Phoenix, AZ 85056-8420


Citi Card
PO Box 688901
Des Moines, IA 50368-8901


Citizen's Bank
P. O. Box 42115
Providence, RI 02940-2115


Del Mar
2260 Jimmy Durante Blvd
Del Mar, CA 92014


Erwin, Cohen & Jessup
9401 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212-2974


Fireman's Fund Insurance
PO Box 7288
Pasadena, CA 91109

Fitness Club Warehouse Inc.
Accounts Service Department
PO Box 731
Mahwah, NMJ 07430

Ford Credit
PO Box 7172
Pasadena, CA 91109-7172

HSBC Business Solutions
PO Box 5219
Carol  Stream, IL 60197-5219

JP Morgan Private Bank
PO Box 94014
Palatine, IL 60094-4014

Kirstina C. Royce
Butler, Buzard, Fishbein & Royce LLP
11611 San Vicente Boulevard, Suite 820
Los Angeles, CA 90049

Megapath Inc.
Dept. 0324
PO Box 120324
Dallas, TX 75312

Merri Jean Ross
1023 N. Roxbury Drive
Beverly Hills, CA 90210

Merri Jean Ross
1023 N. Roxbury Drive
Beverly Hills, CA 90210


Nataalia Rey
9196 Thrasher Avenue
Los Angeles, CA  90069


National Guardian Life Insurance Co.
Two East Gilman Street
Madison, WI 53703


National Guardian Life Insurance Co.
Two East Gilman Street
Madison, WI 53703


OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025


OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025


OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025

OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025


Pacific Mercantile Bank
Beverly Hills, California


Pacific Mercantile Bank
9720 Wilshire Boulevard
Beverly Hills, CA 90212


Pacific Mercantile Bank
9720 Wilshire Boulevard
Beverly Hills, CA 90212


Prosperity Bank
2202 Longmire Drive
College Station, Texas 77845


Quality Enterprises
11378 Hichory Road
College Station, TX 77845
Unit F, Unit I


RFF Family Partnership, LP
226 Twenty-Third Street
Santa Monica, California 90402

```
Rock N'Roll-Off
a Recycling & Disposal Co.
PO Box 144
Agoura Hills, CA 91376
```

```
Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210
```

```
Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210
```

```
Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210
```

```
Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210
```

```
Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210
```

```
Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210
```

```
Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210
```

Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco MP Properties Co. LLC
1011½ N. Beverly Drive
Beverly Hills, CA 90210


Staples
PO Box 689020
Des Moines, IA 50368
Acct #6035517819161166


State Farm' Insurance
Clayton Insurance Agency
16167 East Whittier Boulevard
Whittier, CA 90603


The Gas Company
PO Box C
Monteray Park, CA 91756


The Hartford
PO  Box 2907
Harford, CT 06104-2907


UCLA Foundation
405 Hilgard Avenue
Los Angeles, CA 90024

Wells Fargo
PO Box 30086
Los Angeles,  CA 90030-0086


Wells Fargo Financial Leasing
PO Box 6434
Carol  Stream, IL 60197-6434


Wells Fargo Financial Leasing
PO Box 6434
Carol  Stream, IL 60197-6434