# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name:  Leonard M. Ross

Atty Name (if applicable): Robert M. Yaspan
CA Bar No. (if applicable): 051867
Atty Fax No. (if applicable): 818-501-7711

Street Address:  1009 No. Beverly Drive
Beverly Hills, CA 90210
Filer's Telephone No.: 818-905-7711

Case No.: 10-bk-49358-VZ

Chapter 11

In re: Leonard M. Ross

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
Yes _X_       No ____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

(A)   (B)   (C)   (D)   (E)   (F)   (G)   (H)   (I)   (J)

Statement of Social Security Number(s)          ✓ Statement of Financial Affairs

Statement of Intention          ✓ Other: _Voluntary Petition, 20 Largest Unsecured Claims_

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I, Leonard M. Ross, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED: October 28, 2010

_____
Debtor Signature

*SEE REVERSE SIDE*

_B-1008 Revised November 2003_

<table>
<tr><td>Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Robert M. Yaspan SBN: 51867<br>LAW OFFICES OF ROBERT M. YASPAN<br>21700 Oxnard Street, Suite 1750<br>Woodland Hills, CA 91367<br>☒ Attorney for: Debtor</td><td>FOR COURT USE ONLY</td></tr>
</table>

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: Leonard M. Ross

CASE NO.: 10-49358-VZ

CHAPTER: 11

ADV. NO.:

Debtor(s).

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists   Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: October 26, 2010
☐ Other: _____   Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

_____   Date: 10/26/2010
Signature of Signing Party

Leonard M. Ross
Printed Name of Signing Party

_____   Date
Signature of Joint Debtor (if applicable)

_____
Printed Name of Joint Debtor (if applicable)

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____   10/27/10
Signature of Attorney for Signing Party   Date

Robert M. Yaspan
Printed Name of Attorney for Signing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

TOTAL P.03

**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Ross, Leonard M. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Trustee of Leonard M. Ross Revocable Trust u/d/t 12/20/85 | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  9833 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>1009 No. Beverly Drive<br>Beverly Hills, CA<br>ZIPCODE 90210 | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  N.A.

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)**

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee (Check one box)**

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 30213-301X-02310

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Leonard M. Ross |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>Colony Lodging, Inc. | Case Number:<br>10-60909-rbk | Date Filed:<br>07/27/10 |
|---|---|---|
| District:<br>Western District of Texas | Relationship:<br>Indirect Owner | Judge:<br>Hon. Ronald B. King |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)            Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   Leonard M. Ross_____,

                       Debtor

Case No. _____

Chapter    11_____

## Voluntary Petition Continuation Sheet

| Additional Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor | | |
|---|---|---|
| Name of Debtor:<br>Rossco Plaza, Inc. | Case Number:<br>10-60917-rbk | Date Filed:<br>07/28/10 |
| District:<br>Western District of Texas | Relationship:<br>Indirect owner | Judge:<br>Hon. Ronald B. King |
| Name of Debtor:<br>LJR Properties, Ltd. | Case Number:<br>10-60919-rbk | Date Filed:<br>07/28/10 |
| District:<br>Western District of Texas | Relationship:<br>Majority member | Judge:<br>Hon. Ronald B. King |
| Name of Debtor:<br>Monte Nido Estates, LLC. | Case Number:<br>10-60920-rbk | Date Filed:<br>07/28/10 |
| District:<br>Western District of Texas | Relationship:<br>Indirect owner | Judge:<br>Hon. Ronald B. King |
| Name of Debtor:<br>Rossco Holdings, Inc. | Case Number:<br>10-60953-rbk | Date Filed:<br>08/02/10 |
| District:<br>Western District of Texas | Relationship:<br>100% shareholder | Judge:<br>Hon. Ronald B. King |
| Name of Debtor:<br>WM Properties, Ltd. | Case Number:<br>10-60918-rbk | Date Filed:<br>07/28/10 |
| District:<br>Western District of Texas | Relationship:<br>Majority indirect owner | Judge:<br>Hon. Ronald B. King |

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Leonard M. Ross |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Elon_ (signature)
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_10/27/2010_
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____ (signature)
Signature of Attorney for Debtor(s)

ROBERT YASPAN
Printed Name of Attorney for Debtor(s)

Law Offices of Robert M. Yaspan
Firm Name

21700 Oxnard Street, Suite 1750
Address

Woodland Hills, CA 91367

818-905-7711
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-752 - 30213-301X-03310

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re ___Leonard M. Ross_____ ,
                           Debtor

Case No. _____

Chapter    __11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| American Express<br>Box 0001<br>Los Angeles, CA<br>90096-8000 | | | | 185,870 |
| Citizen's Bank<br>P. O. Box 42115<br>Providence, RI<br>02940-2115 | | | | 296,654 |

Bankcopy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 30213-301X-*02310

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Bellagio Hotel 3600 Las Vegas Blvd South Las Vegas, NV 89109 | | | | 350,000 |
| JP Morgan Private Bank PO Box 94014 Palatine, IL 60094-4014 | | | | 470,207 |
| Caesars Palace  Hotel 3475 Las Vegas Blvd. South Las Vegas, NV 89109 | | | Disputed | 500,000 |
| OneWest Bank FSB 390 West Valley Parkway Escondido, CA 92025 | | | Contingent | 691,200 |
| Prosperity Bank 2202 Longmire Drive College Station, Texas 77845 | | | Contingent | 832,627 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 30213-301X-02310

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| OneWest Bank FSB 390 West Valley Parkway Escondido, CA 92025 | | | Contingent | 881,934 |
| OneWest Bank FSB 390 West Valley Parkway Escondido, CA 92025 | | | Contingent | 1,612,800 |
| Pacific Mercantile Bank 9720 Wilshire Boulevard Beverly Hills, CA 90212 | | | | 3,999,000 Collateral FMV 2,250,000 |
| OneWest Bank FSB 390 West Valley Parkway Escondido, CA 92025 | | | Contingent | 1,922,155 |
| Bank of America 201 East Washington Street Phoenix, AZ 85004 | | | Disputed | 1,997,794 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 30213-301X-02310

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Rossco MP Properties Co. LLC 1011½ N. Beverly Drive Beverly Hills, CA 90210 | | | | 2,601,400 |
| Pacific Mercantile Bank Beverly Hills, California | | | | 5,000,000 Collateral FMV 2,250,000 |
| National Guardian Life Insurance Co. Two East Gilman Street Madison, WI 53703 | | | Contingent | 4,223,917 |
| Chase Home Finance PO Box 78420 Phoenix, AZ 85056-8420 | | | Contingent | 4,615,000 |
| National Guardian Life Insurance Co. Two East Gilman Street Madison, WI 53703 | | | Contingent | 4,866,778 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 30213-301X-03310

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| RFF Family Partnership, LP 226 Twenty-Third Street Santa Monica, California 90402 | | | Contingent | 4,960,000 |
| Chase Home Finance PO Box 78420 Phoenix, AZ 85056-8420 | | | Contingent | 5,940,000 |
| Pacific Mercantile Bank 9720 Wilshire Boulevard Beverly Hills, CA 90212 | | | Contingent | 6,164,153 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date    _10/27/2010_____    Signature    _____

LEONARD M. ROSS

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In Re  Leonard M. Ross                                      Case No. _____
                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| 2010 | 1,056,640 | Rent receipts and gaming income (recent losses not included as payments not made) |
| 2009 | 3,991,750 | Income from real estate activities |
| 2008 | 3,183,799 | Income from real estate activities |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.6-793 - 30213-301X-02310

**2.  Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See attached

None
☐    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached | | | |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| ROSSCO HOLDINGS INCORPORATED, s California corporation, LEONARD M. ROSS, individually, and as TRUSTEE OF THE LEONARD M. ROSS REVOCABLE TRUST (u/d/t 12-20-85), Plaintiffs, v. MENDES & MOUNT, LLP; CATHERINE RIVARD; DEAN HERMAN; TODD FUSON; and; does 1 LASC, Central, Unlimited Civil, Case No. BC 441250 | Malpractice attributable to late filing of appeal in Bank of America litigation. | LASC, Central, Unlimited Civil, Case No. BC 441250 | Pending |
| CAROLINA CASUALTY INSURANCE COMPANY, a Florida corporation, Plaintiff, vs. L.M. ROSS LAW GROUP, LLP, a California limited liability company, and DOES 1 - 100, inclusive, Defendants. | Insurance dispute | LASC | Pending |

L.M. ROSS LAW

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.6-753 - 30213-301X-02310

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| PACIFIC MERCANTILE BANK v. ROSSCO HOLDINGS INCORPORATED, THE LEONARD M. ROSS REVOCABLE TRUST (U/D/T 12-20-85), LEONARD M. ROSS, COLONY LODGING, INC., MONTE NIDO HOMES, LLC, MONTE NIDO ESTATES, LLC, ROSSCO MP PROPERTIES CO. LLC; LODGECO PROPERTIES, LTD;, WMAmerican Arbitration Association | Demand for Commercial Arbitraation | American Arbitration Association | Pending |
| SCOTTSDALE INSURANCE COMPANY V. ROSSCO HOLDINGS, INCORPORATED; LEONARD ROSS aka LEONARD M ROSS aka L ROSS; AND DOES 1 TO 75, Case # SC 106679 | | LASC - Santa Monica | |
| Firstlease, Inc. vs. Debtor, et. al. Case No. BC447183 | Complaint for Money | LASC-Central District | Pending |
| Rossco Holdings, Inc. vs.Hartford Steam Broiler, Case No. 10-000736-CV-85 | Complaint for damages | Brazos County< Texas Court | Pending; this debtor is not a named party, but may be a party in interest |
| Rossco Holdings, Inc. vs. Lexington Insurance Company, Civil Action 4:09-CV-04047 | Complaint for money | US District Court  for So. District of Texas | This debtor is not a named party but may be a party in interest |

None  b.    Describe all property that has been attached, garnished or seized under any legal or equitable process
☒      within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12
       or chapter 13 must include information concerning property of either or both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5.    Repossessions, foreclosures and returns**

None      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
☒      deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
       of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.    Assignments and Receiverships**

None  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
       any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒      one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
       chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
       is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.    Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒    this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.    (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.    Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☐    commencement of this case or since the commencement of this case.    (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| $188,460; net losses over the past year at Las Vegas Casinos, including Bellagio and Caesars Palace; This number assumes that the existing markers that have not yet been paid, as held by the Bellagio and Caesars Palace, are paid in full. | Not covered by insurance. | Various in 2010 |

**9.    Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including
☐    attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Robert Yaspan 21700 Oxnard Street Suite 1750 Woodland Hills, CA 91367 | August - September 14, 2010 | $60,000 (includes filing fee) |
| Ervin, Cohen and Jessup Beverly Hills, CA | Sept 2010 | 15,000 |

**10.  Other transfers**

None  a.      List all other property, other than property transferred in the ordinary course of the business or financial
☐      affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| DR101, LLC

Relationship: No relationship | August 2010. | 57 Foot Offshore Pilothouse Boat transferred to DR101, LLC for $225,000 cash (paid to the bank) |

b.      List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
☐      which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning accounts or instruments held by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| HSBC

Prosperity Bank

First National Bank | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.6-753 - 30213-301X-02310

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Merri Jean Ross
1023 N. Roxbury
Drive
Beverly Hills, CA
90210

Nataalia Rey
9196 Thrasher
Avenue
Los Angeles, CA
90069

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.6-753 - 30213-301X-02310

None

☒

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☒

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None

☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Rossco Holdings Incorporated-100% | | | | |
| BTCN, Inc.-100% | | | | |
| BWCN, Inc.-100% | | | | |
| UOS ENERGY, ICN.-100% | | | | |
| Jilco Industries, Inc.-8.23% | | | | |
| L.M. Ross Professional Law Corporatin -100% | | | | |
| Lodgeco Properties, Ltd.-93.160% | | | | |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Caesar Realty Co.-98.20% | | | | |
| Amero Management Co.-60% | | | | |
| Mill Equities Co.-33.7142% | | | | |
| Triro Equities Co.-84.090% | | | | |
| WM Properties, Ltd.-23.818% | | | | |
| LJR Properties, Ltd.-57.00% | | | | |
| Chimney Hill Properties, Ltd.-3.200% | | | | |
| Monte Nido Homes, LLC-100% | | | | |
| e-HQ LLC-96.00% | | | | |
| UOS Energy, LLC-72.452% | | | | |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                                          ADDRESS


**[Questions 19 - 25 are not applicable to this case]**

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____10/27/2010_____        Signature
of Debtor _____
                    LEONARD M. ROSS

_____0_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address

X _____        _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Attachment 3b to Statement of Financial Affairs

# AccKnowledge Bank Transaction List

### Leonard M. Ross Revocable Trust (u/d/t 12/20/85)



Chase Bank - Leonard M Ross Revocable Trust CHASE 749820494        Acct # 749820494
Transactions - All Values Current Fiscal Year

| P | C | Num | Date | Description | Type | Deposit | Withdrawal |
|---|---|-----|------|-------------|------|---------|------------|
| P | | 000185 | 8/3/2010 | CASH | Check : Regular | | Void |
| P | | 000184 | 8/2/2010 | HYATT GIDLOW | Check : Regular | | Void |
| P | C | 000183 | 7/14/2010 | LEONARD M. ROSS | Check : Regular | | 2,000.00 |
| P | C | 000182 | 7/14/2010 | LM ROSS PROFESSIONAL LAW CORP | Check : Regular | | 2,000.00 |
| P | C | 000181 | 7/14/2010 | DEPARTMENT OF REAL ESTATE | Check : Regular | | Void |
| P | C | 000180 | 7/13/2010 | WELLS FARGO CARD SERVICES | Check : Regular | | 800.00 |
| P | C | 000179 | 7/9/2010 | HYATT GIDLOW | Check : Regular | | 879.38 |
| P | C | 000178 | 7/9/2010 | LODGECO PROPERTIES LTD | Check : Regular | | 7,500.00 |
| P | C | 000177 | 7/8/2010 | BANK OF AMERICA | Check : Regular | | 500.00 |
| P | C | 000176 | 7/8/2010 | WELLS FARGO CARD SERVICES | Check : Regular | | 500.00 |
| P | C | 000175 | 7/2/2010 | SOUTHERN CALIFORNIA EDISON | Check : Regular | | Void |
| P | C | 000174 | 6/30/2010 | LM ROSS PROFESSIONAL LAW CORP | Check : Regular | | 400.00 |
| P | C | 000173 | 6/30/2010 | JAVIER E. ESTRADA | Check : Regular | | Void |
| P | C | 000172 | 6/30/2010 | JUDY GADOR | Check : Regular | | Void |
| P | C | 000171 | 6/30/2010 | DAVID LEVINE | Check : Regular | | Void |
| P | C | 000170 | 6/30/2010 | CASH | Check : Regular | | 2,500.00 |
| P | C | 000169 | 6/29/2010 | CITI CARD | Check : Regular | | 250.00 |
| P | C | 000168 | 6/29/2010 | WELLS FARGO CARD SERVICES | Check : Regular | | 1,200.00 |
| P | C | 000167 | 6/18/2010 | HYATT GIDLOW | Check : Regular | | 525.00 |
| P | C | 000166 | 6/18/2010 | AT&T | Check : Regular | | 69.23 |
| P | C | 000165 | 6/18/2010 | AT&T | Check : Regular | | Void |
| P | C | 000164 | 6/18/2010 | AT&T | Check : Regular | | 721.77 |
| P | C | 000163 | 6/18/2010 | CITY OF BEVERLY HILLS | Check : Regular | | 2,981.70 |
| P | C | 000162 | 6/17/2010 | FIREMAN'S FUND INSURANCE COMPANY | Check : Regular | | 1,031.00 |
| P | C | 000161 | 6/17/2010 | CITIZENS BANK | Check : Regular | | Void |
| P | C | 000160 | 6/17/2010 | CHASE AUTO FINANCE | Check : Regular | | 1,551.53 |
| P | C | 000159 | 6/17/2010 | BRENTWOOD COUNTRY CLUB | Check : Regular | | 1,143.10 |
| P | C | 000158 | 6/17/2010 | DEL REY YACHT CLUB | Check : Regular | | 1,692.17 |
| P | C | 000157 | 6/15/2010 | KEVIN BRANCH | Check : Regular | | 1,184.21 |
| P | C | 000156 | 6/15/2010 | FABRIZIO TONUCCI | Check : Regular | | 896.00 |
| P | C | 000155 | 6/10/2010 | ROBERT LUIZ | Check : Regular | | 150.00 |
| P | C | 000154 | 6/10/2010 | RYAN ANGIN | Check : Regular | | 130.00 |

Pacific Mercantile Bank # 0003111028

| | | |
|---|---|---|
| 6/30 | Bank Charges | $10.00 |
| 7/15 | AT+T (Auto debit) | $56.64 |
| 7/30 | Bank Charges | $10.00 |
| 7/30 | ck #1071 The Gas Co. | $4.93 |
| 7/31 | ck #1072 West Coast Clinical Lab | $3.93 |
| 8/31 | Bank Charges | $10.00 |

[This is the only activity within the last
90 days.]

Pacific Mercantile Bank # 0003110368

6/30  Bank Charges        $13.00
7/12  Paychex Fee         $39.00
7/30  Bank charges        $13.00
8/10  Pay chex fee        $ 8.75
8/31  Bank charges        $ 13.00

# AccKnowledge Bank Transaction List
## Leonard M. Ross Revocable Trust (u/d/t 12/20/85)

City National Bank : Leonard M.Ross : 001591576
Transactions - All Types - Current Fiscal Year

| | | | | | | |
|---|---|---|---|---|---|---|
| P | C | 000628 | 7/9/2010 | LANDON ROSS | Check : Regular | 500.00 |
| P | C | 000627 | 7/9/2010 | JACQUELYN M. ROSS | Check : Regular | 300.00 |
| P | C | 000626 | 7/9/2010 | HYATT GIDLOW | Check : Regular | 879.38 |
| P | C | 000625 | 6/30/2010 | DAVID LEVINE | Check : Regular | 1,890.00 |
| P | C | 000624 | 6/30/2010 | DAVID LEVINE | Check : Regular | 560.00 |
| P | C | 000623 | 6/30/2010 | DAVID LEVINE | Check : Regular | Void |
| P | C | 000622 | 6/28/2010 | ANTHEM BLUE CROSS | Check : Regular | 3,774.00 |
| P | C | 000621 | 6/25/2010 | AMERICAN EXPRESS | Check : Regular | 750.00 |
| P | C | 000620 | 6/21/2010 | TRIRO EQUITIES CO. | Check : Regular | 200.00 |
| P | C | 000619 | 6/18/2010 | HYATT GIDLOW | Check : Regular | 525.00 |
| P | C | 000618 | 6/11/2010 | BANK OF AMERICA | Check : Regular | 500.00 |

[x]

# AccKnowledge Bank Transaction List

Leonard M. Ross Revocable Trust (u/d/t 12/20/85)

City National Bank : Leonard M.Ross : 001591576
Transactions – All Types – Current Fiscal Year

| P | C | Num | Date | Description | Type | Deposit | Withdrawal |
|---|---|-----|------|-------------|------|---------|-----------|
| P | | 000669 | 8/31/2010 | HYATT GIDLOW | Check : Regular | | 1,312.50 |
| P | | 000668 | 8/31/2010 | VERIZON CALIFORNIA | Check : Regular | | Void |
| P | | 000667 | 8/31/2010 | MCGRATH INC. | Check : Regular | | 945.00 |
| P | | 000666 | 8/31/2010 | HYATT GIDLOW | Check : Regular | | Void |
| P | | 000665 | 8/31/2010 | BCSK MANAGEMENT INC. | Check : Regular | | Void |
| P | | 000664 | 8/30/2010 | CASH | Check : Regular | | 105.00 |
| P | C | 000663 | 8/21/2010 | KELLY GIDLOW | Check : Regular | | 738.03 |
| P | C | 000662 | 8/20/2010 | PRUDENTIAL | Check : Regular | | 500.00 |
| P | C | 000661 | 8/17/2010 | ABSOLUT POOL & SPA | Check : Regular | | Void |
| P | C | 000660 | 8/17/2010 | CASH | Check : Regular | | 2,362.50 |
| P | C | 000659 | 8/16/2010 | HYATT GIDLOW | Check : Regular | | 915.32 |
| P | C | 000658 | 8/16/2010 | REBECCA AVILA | Check : Regular | | Void |
| P | C | 000657 | 8/12/2010 | WM PROPERTIES | Check : Regular | | Void |
| P | C | 000656 | 8/12/2010 | WM PROPERTIES | Check : Regular | | Void |
| P | C | 000655 | 8/12/2010 | WM PROPERTIES | Check : Regular | | 5,000.00 |
| P | C | 000654 | 8/9/2010 | LAW OFFICE OF ROBERT YASPAN | Check : Regular | | 875.00 |
| P | C | 000653 | 8/2/2010 | ADRIAN MEDINA | Check : Regular | | Void |
| P | C | 000652 | 8/2/2010 | BRANDON WOLSIC | Check : Regular | | Void |
| P | C | 000651 | 8/2/2010 | GIFT CARD | Check : Regular | | Void |
| P | C | 000650 | 8/2/2010 | BANK OF AMERICA | Check : Regular | | Void |
| P | C | 000649 | 8/2/2010 | SOUTHERN CALIFORNIA EDISON | Check : Regular | | 993.14 |
| P | C | 000648 | 7/30/2010 | SEBASTIAN B. HERNANDEZ | Check : Regular | | 915.32 |
| P | C | 000647 | 7/30/2010 | REBECCA AVILA | Check : Regular | | 1,007.54 |
| P | C | 000646 | 7/30/2010 | MANUEL MOLINA | Check : Regular | | 982.41 |
| P | C | 000645 | 7/30/2010 | JUSTINO MEDINA | Check : Regular | | 837.16 |
| P | C | 000644 | 7/30/2010 | JOSE PEREZ | Check : Regular | | 1,003.11 |
| P | C | 000643 | 7/30/2010 | JORGE MENDEZ | Check : Regular | | Void |
| P | C | 000642 | 7/30/2010 | HEATHER WOLSIC | Check : Regular | | Void |
| P | C | 000641 | 7/30/2010 | BRANDON WOLSIC | Check : Regular | | 988.96 |
| P | C | 000640 | 7/30/2010 | AMANDA MAGARIAN | Check : Regular | | Void |
| P | C | 000639 | 7/30/2010 | WEST COAST CLINICAL LABORATORIES | Check : Regular | | 500.00 |
| P | C | 000638 | 7/27/2010 | ABSOLUT POOL & SPA | Check : Regular | | Void |
| P | C | 000637 | 7/27/2010 | AMERICAN EXPRESS | Check : Regular | | 200.00 |
| P | C | 000636 | 7/23/2010 | AMERICAN EXPRESS | Check : Regular | | 1,663.68 |
| P | C | 000635 | 7/23/2010 | DEL REY YACHT CLUB | Check : Regular | | 947.60 |
| P | C | 000634 | 7/23/2010 | BRENTWOOD COUNTRY CLUB | Check : Regular | | 58.11 |
| P | C | 000633 | 7/20/2010 | AT&T | Check : Regular | | 30,000.00 |
| P | C | 000632 | 7/16/2010 | MERRI JEAN ROSS | Check : Regular | | Void |
| P | C | 000631 | 7/13/2010 | AMERICAN EXPRESS | Check : Regular | | 4,000.00 |
| P | C | 000630 | 7/15/2010 | CASH | Check : Regular | | 1,043.71 |
| P | C | 000629 | 7/13/2010 | KEVIN BRANCH | Check : Regular | | |

Page 1

Run on 9/18/2010 at 1:13:07 PM

[x]

# Leonard M. Ross Revocable Trust (u/d/t 12/20/85)

## General Ledger Activity Detail

From 8/1/2010 to 8/31/2010 for Ledger Account 1003000.000

Show Accounts with no Activity

*Bank of Account Distribrusments
6/15/10 - 7/15/10, 1 check only*

| Account #<br>Post Date | Account Name<br>Invoice | Reference | Detail Description | Debit | Credit | JEID | Invoice No | Source |
|---|---|---|---|---|---|---|---|---|
| 1003000.000 | CASH-BANK OF AMERICA | | | | | | | |
| Period 8 of 2010 | | | | | | | | |
| 8/21/2010 | | Ck#1040M-KELLY GIDLOW | | | 170.00 | 2010-08-0149 | | JEMN |
| 8/31/2010 | | INTEREST INCOME | | 0.01 | | 2010-08-0152 | | JEMN |
| Beginning Balance 176.52 | | | | | | | | |
| | | | Total for Period 8 of 2010 | 0.01 | 170.00 | | | Net Change -169.99 |
| | | | Ending Balance 6.53 | | | | | |
| Beginning Balance 176 52 | | | | | | | | |
| | | | Total for Account # 1003000.000 | 0.01 | 170.00 | | | Net Change -169.99 |
| | | | Ending Balance 6 53 | | | | | |

[*]

LMR PRE D.I.P.

10/25/2010 6:27 PM

Register: Wells Pre-D.I.P.

From 01/01/2010 through 10/25/2010

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/31/2010 | 1003 | Bank of America | Misc. Personal Expense | acct -0398 | 350.00 | | | -350.00 |
| 08/31/2010 | 1004 | Bank of America | Misc. Personal Expense | | 760.00 | | | -1,110.00 |
| 08/31/2010 | 1005 | Cash | Misc. Personal Expense | | 9,500.00 | | | -10,610.00 |
| 08/31/2010 | 1006 | So Cal Edison | Utilities | | 4,138.92 | | | -14,748.92 |
| 08/31/2010 | 1007 | Rebecca Avila | Payroll Expenses | | 915.32 | | | -15,664.24 |
| 09/02/2010 | 1015 | David Levine | Legal Fees | | 1,347.50 | | | -17,011.74 |
| 09/02/2010 | 1016 | David Levine | Legal Fees | | 945.00 | | | -17,956.74 |
| 09/03/2010 | | Merri Jean Ross | Marital Dissolution Ag... | Wire | 55,000.00 | | | -72,956.74 |
| 09/03/2010 | | CA Choice | Medical Insurance | | 3,026.26 | | | -75,983.00 |
| 09/03/2010 | | CA Choice | Medical Insurance | | 2,956.26 | | | -78,939.26 |
| 09/03/2010 | | | Bank Service Charges | | 30.00 | | | -78,969.26 |
| 09/03/2010 | 1018 | TC Appraisal | 1011 Expense | | 7,500.00 | | | -86,469.26 |
| 09/03/2010 | 1019 | TC Appraisal | 1011 Expense | | 2,500.00 | | | -88,969.26 |
| 09/03/2010 | | | CNB | Funds Transfer | 3,900.00 | | | -92,869.26 |
| 09/03/2010 | | | LMRoss PLC | Funds Transfer | 4,000.00 | | | -96,869.26 |
| 09/09/2010 | | | BCSK Wells Acct | Funds Transfer | 2,500.00 | | | -99,369.26 |
| 09/10/2010 | | | Bank Service Charges | | 10.00 | | | -99,379.26 |
| 09/10/2010 | 1023 | Cash | Misc. Personal Expense | | 9,500.00 | | | -108,879.26 |
| 09/10/2010 | 1024 | Cash | Misc. Personal Expense | | 3,000.00 | | | -111,879.26 |
| 09/10/2010 | 1025 | Absolut Pool | Repairs and Maintenance | | 500.00 | | | -112,379.26 |
| 09/10/2010 | 1026 | Ross/Rey Insurance ... | Insurance Expense | | 5,200.00 | | | -117,579.26 |
| 09/10/2010 | 1027 | Wells Fargo Credit C... | Misc. Personal Expense | | 1,000.00 | | | -118,579.26 |
| 09/10/2010 | | | LMRoss PLC | Funds Transfer | 289,390.74 | | | -407,970.00 |
| 09/15/2010 | | | Bank Service Charges | | 13.87 | | | -407,983.87 |
| 09/15/2010 | | | LMRoss PLC | Funds Transfer | 240,000.00 | | | -647,983.87 |

Attachment 3c to Statement of Financial Affairs

## Disbursements to Insiders 9/15/09 - 9/15/10

| | VIA CHECK | VIA CASH | TOTAL CHECKS AND CASH |
|---|---|---|---|
| Nataalia Rey | $341,800 | $0 | $341,800 |
| Merri Jean Ross | 498,683 | 43,500 | 542,183 |
| Jacquelyn Ross | 90,635 | 0 | 90,635 |
| Landon Ross | 79,542 | 0 | 79,542 |
| L.M. Ross Professional Law Corp | 260,600 | 25,905 | 286,505 |
| Chimney Hill Properties, Ltd. | 2,740 | 0 | 2,740 |
| Brandon Wolsic | 9,575 | 0 | 9,575 |
| Rossco Holdings Incorporated | 341,100 | 97,500 | 438,600 |
| WM Properties, Ltd. | 42,300 | 0 | 42,300 |
| Jilco Industries, Inc. | 200 | 0 | 200 |
| Rossco MP Properties Co. LLC | 69,700 | 0 | 69,700 |
| BCSK Management Inc. | 2,500 | 4,800 | 7,300 |
| Lodgeco Properties, Ltd. | 534,888 | 65,440 | 600,328 |
| Colony Lodging Inc. | 0 | 6,700 | 6,700 |
| CHSC Ltd. | 0 | 8,550 | 8,550 |
| 1009 BH Properties LLC | 0 | 60,000 | 60,000 |
| MP 1023 N. Roxbury | 0 | 1,900 | 1,900 |
| Rey Ross Insurance Trust | 0 | 8,971 | 8,971 |
| **TOTAL** | **$2,274,263** | **$323,266** | **$2,597,529** |
| | | | |
| L.M. Ross Professional Law Corp Client Trust | 529,390 | 0 | 529,390 |
| **TOTAL OF ALL ABOVE** | **$2,803,653** | **$323,266** | **$3,126,919** |

# LEONARD M.ROSS
## CASH TO INSIDERS 1/1/10-9/15/10

| Date | Description for Cash Deposit | Amount | Cash Deposit Into Colony | Cash Deposit Into Lodgeco | Cash Deposit Into CHSC | Cash Deposit Into RHI | Cash Deposit Into BCSK | Cash Deposit Into 1009 BH | Cash Deposit Into LMR PLC | Cash Deposit Into MP 1023 | Cash Deposit Into MJR | Cash Deposit Into Rey Ross |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2010 | Cash to Rossco (from LMR) | 50,000 | | | | 50,000 | | | | | | |
| 3/5/2010 | Cash to MP 1023 (from LMR) | 1,100 | | | | | | | | 1,100 | | |
| 3/10/2010 | Cash to LM Ross PLC (from LMR) | 3,800 | | | | | | | 3,800 | | | |
| 3/10/2010 | Cash to MP 1023 (from LMR) | 800 | | | | | | | | 800 | | |
| 3/18/2010 | Cash to Rossco (from LMR) | 500 | | | | 500 | | | | | | |
| 3/29/2010 | Cash to LM Ross PLC (from LMR) | 5,000 | | | | | | | 5,000 | | | |
| 7/1/2010 | Cash To MJR | 5,000 | | | | | | | | | 5,000 | |
| 7/2/2010 | Cash Deposit(June Rent)(1009) | 20,000 | | | | | | 20,000 | | | | |
| 7/4/2010 | Cash To MJR | 500 | | | | | | | | | 500 | |
| 8/14/2010 | Cash Deposit(July Rent)(1009) | 20,000 | | | | | | 20,000 | | | | |
| 6/16/2010 | Cash to Rey Ross ins. Trust | 5,200 | | | | | | | | | | 5200 |
| 6/17/2010 | Cash into MJR (CNB) | 1,871 | | | | | | | | | | 1871 |
| 6/28/2010 | Cash into MJR (CNB) | 6,000 | | | | | | | | | 6,000 | |
| 6/28/2010 | Cash into Colony (from LMR) | 6,000 | 6,000 | | | | | | | | | |
| 7/1/2010 | Cash into CHSC (from LMR) | 500 | | | 500 | | | | | | | |
| 7/13/2010 | Cash into Lodgeco (from LMR) | 51,500 | | 51,500 | | | | | | | | |
| 7/13/2010 | Cash into MJR (CNB) | 5,000 | | | | | | | | | 5,000 | |
| 7/12/2010 | Cash into Rossco by LMR | 5,000 | | | | 5,000 | | | | | | |
| 7/12/2010 | Cash into Lodgeco (from LMR) | 2,400 | | 2,400 | | | | | | | | |
| 7/6/2010 | Cash Deposit(Aug Rent)(1009) | 20,000 | | | | | | 20,000 | | | | |
| 7/13/2010 | Cash into Rossco by LMR | 5,000 | | | | 5,000 | | | | | | |
| 7/16/2010 | Cash into Rossco by LMR | 25,000 | | | | 25,000 | | | | | | |
| 7/19/2010 | Cash into MJR (CNB) | 9,000 | | | | | | | | | 9,000 | |
| 7/19/2010 | Cash into Colony (from LMR) | 700 | 700 | | | | | | | | | |
| 7/19/2010 | Cash to LM Ross PLC by LMR | 4,400 | | | | | | | 4,400 | | | |
| 7/20/2010 | Cash to LM Ross PLC by LMR | 200 | | | | | | | 200 | | | |
| 7/20/2010 | Cash into MJR (CNB) | 3,000 | | | | | | | | | 3,000 | |
| 7/23/2010 | Cash to LM Ross by LMR | 12,000 | | | | 12,000 | | | | | | |
| 7/28/2010 | Cash into MJR (CNB) | 5,000 | | | | | | | | | 5,000 | |
| 7/28/2010 | Cash into Lodgeco by LMR | 600 | | 600 | | | | | | | | |
| 7/29/2010 | Cash into Lodgeco by LMR | 600 | | 600 | | | | | | | | |
| 7/30/2010 | Cash into Lodgeco by LMR | 7,200 | | 7,200 | | | | | | | | |
| 8/2/2010 | Cash into BCSK (from LMR) | 4,800 | | | | | 4,800 | | | | | |
| 8/2/2010 | Cash into Lodgeco (from LMR) | 2,000 | | 2,000 | | | | | | | | |

## LEONARD M.ROSS
### CASH TO INSIDERS 1/1/10-9/15/10

| Date | Description for Cash Deposit | Amount | Cash Deposit Into Colony | Cash Deposit Into Lodgeco | Cash Deposit Into CHSC | Cash Deposit Into RHI | Cash Deposit Into BCSK | Cash Deposit Into 1009 BH | Cash Deposit Into LMR PLC | Cash Deposit Into MP 1023 | Cash Deposit Into MJR | Cash Deposit Into Rey Ross |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/2/2010 | Cash into CHSC (from LMR) | 3,600 | | | 3,600 | | | | | | | |
| 8/2/2010 | Cash to LM Ross PLC by LMR | 6,000 | | | | | | | 6,000 | | | |
| 8/3/2010 | Cash into MJR (CNB) | 5,000 | | | | | | | | | 5,000 | |
| 8/4/2010 | Cash into MJR (CNB) | 5,000 | | | | | | | | | 5,000 | |
| 8/5/2010 | Cash into Lodgeco by LMR | 390 | | 390 | | | | | | | | |
| 8/5/2010 | Cash into CHSC by LMR | 250 | | | 250 | | | | | | | |
| 8/5/2010 | Cash into Lodgeco by LMR | 1,350 | | 1,350 | | | | | | | | |
| 8/17/2010 | Cash into CHSC by LMR | 4,200 | | | 4,200 | | | | | | | |
| 8/17/2010 | Cash into CHSC (from LMR) | 2,000 | | | | | | | 2,000 | | | |
| 8/17/2010 | Cash to LM Ross PLC by LMR | 105 | | | | | | | 105 | | | |
| 8/17/2010 | Cash to LM Ross PLC by LMR | 4,400 | | | | | | | 4,400 | | | |
| 8/23/2010 | Cash to LM Ross PLC by LMR | 1,900 | | | | | | | | 1,900 | | |
| 8/13/2010 | Cash to Rey Ross Ins. Trust | 1,900 | | | | | | | | | | 1,900 |
| **Totals** | | 323,266 | 6,700 | 65,440 | 8,550 | 97,500 | 4,800 | 60,000 | 25,905 | 1,900 | 43,500 | 8,971 |

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   Leonard M. Ross _____,

Debtor

Case No. _____

Chapter    11  .  _____

## VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 11

pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule

105(6). I assume all responsibility for errors and omissions.

Date ___10/27/2010___    Signature
of Debtor    _____

LEONARD M. ROSS

Robert Yaspan

Leonard M. Ross
1009 No. Beverly Drive
Beverly Hills, CA 90210


Robert Yaspan
Law Offices of Robert M. Yaspan
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367


Office of the United States Trustee
725 S. Figueroa St., 26th Flr
Los Angeles, CA 90017

Absolute Pool & Spa
3145 Coldwater Canyon
Studio City, CA 91604


Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088


Advanta Platinum Business Card
PO Box 8088
Philadelphia, PA 19101-8088


American Express
Box 0001
Los Angeles, CA 90096-8000


American Express (Blue Card) "Optima"
Box 0001
Los Angeles, CA 90096-8000


Aquarium Master
7623 Bay Drive #1
Huntington Beach,  CA 92648


AT&T
Payment center
Sacramento, CA 95887-0001

Bank of America
201 East Washington Street
Phoenix, AZ 85004


Bank of America
201 East Washington Street
Phoenix, AZ 85004


Bank of America
Platinum Plus Business Card
PO Box 15710
Wilmington, DE 19886-5710


Bank of America
PO Box 15710
Wilmington, DE 19886-5710


Bank of America
PO Box 301200
Los Angeles, CA 90030-1200


Bank of America
PO Box 301200
Los Angeles, CA 90030-1200


Bank of America
PO Box 301200
Los Angeles, CA 90030-1200

Bellagio Hotel
3600 Las Vegas Blvd South
Las Vegas, NV 89109


Brentwood Country Club
590 South Burlingame Avenue
Los Angeles, CA 90046


BTU
PO Box 8000
Bryan, TX 77805


Caesars Palace  Hotel
3475 Las Vegas Blvd. South
Las Vegas, NV 89109


California Choice
PO Box 7088
Orange, CA 92863


Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716


Chase Auto Finance
PO Box 78101
Phoenix, AZ 85062

Chase Home Finance
PO Box 78420
Phoenix, AZ 85056-8420


Chase Home Finance
PO Box 78420
Phoenix, AZ 85056-8420


Citi Card
PO Box 688901
Des Moines, IA 50368-8901


Citizen's Bank
P. O. Box 42115
Providence, RI 02940-2115


Del Mar
2260 Jimmy Durante Blvd
Del Mar, CA 92014


Erwin, Cohen & Jessup
9401 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212-2974


Fireman's Fund Insurance
PO Box 7288
Pasadena, CA 91109

Firstlease, Inc.
c/o Law Offices of Martin Goldman
10880 Wiilshire Blvd., Suite 2240
Los Angeles, CA 90024


Fitness Club Warehouse Inc.
Accounts Service Department
PO Box 731
Mahwah, NMJ 07430



Ford Credit
PO Box 7172
Pasadena, CA 91109-7172



HSBC Business Solutions
PO Box 5219
Carol  Stream, IL 60197-5219



JP Morgan Private Bank
PO Box 94014
Palatine, IL 60094-4014



Kessler and Kessler
1800 Century Park East Suite 400
Los Angeles, CA 90067


Kirstina C. Royce
Butler, Buzard, Fishbein & Royce LLP
11611 San Vicente Boulevard, Suite 820
Los Angeles, CA 90049

Megapath Inc.
Dept. 0324
PO Box 120324
Dallas, TX 75312


Mendes and Mount
c/o Michael McCarthy
Nemecek and Cole
15260 Ventura Blvd., Suite 920
Sherman Oaks,  CA 91403


Merri Jean Ross
1023 N. Roxbury Drive
Beverly Hills, CA 90210


Nataalia Rey
9196 Thrasher Avenue
Los Angeles, CA  90069


National Guardian Life Insurance Co.
Two East Gilman Street
Madison, WI 53703


National Guardian Life Insurance Co.
Two East Gilman Street
Madison, WI 53703


OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025

OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025


OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025


OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025


Pacific Mercantile Bank
9720 Wilshire Blvd.
Beverly Hills, California 90212

Pacific Mercantile Bank
9720 Wilshire Boulevard
Beverly Hills, CA 90212


Pacific Mercantile Bank
9720 Wilshire Boulevard
Beverly Hills, CA 90212


Prosperity Bank
2202 Longmire Drive
College Station, Texas 77845

Quality Enterprises
11378 Hichory Road
College Station, TX 77845
Unit F, Unit I


Quality Enterprises
11378 Hichory Road
College Station, TX 77845
Unit F, Unit I


R . Schnitman, M.D.
435 N. Bedford Drive
Lower Level No. 1
Beverly Hills, CA 90210


RFF Family Partnership, LP
226 Twenty-Third Street
Santa Monica, California 90402


Rock N'Roll-Off
a Recycling & Disposal Co.
PO Box 144
Agoura Hills, CA 91376


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210

```
Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco MP Properties Co. LLC
1011½ N. Beverly Drive
Beverly Hills, CA 90210



Scottsdale Insurance Company
8877 North Gainey Center Drive
Scottsdale, AZ 85258
```

Staples
PO Box 689020
Des Moines, IA 50368
Acct #6035517819161166


State Farm' Insurance
Clayton Insurance Agency
16167 East Whittier Boulevard
Whittier, CA 90603


Stephen Wise Temple
15500 Stephen Wise Drive
Los Angeles, CA 90077


The Gas Company
PO Box C
Monteray Park, CA 91756


The Hartford
PO  Box 2907
Harford, CT 06104-2907


UCLA Foundation
405 Hilgard Avenue
Los Angeles, CA 90024


Wells Fargo
PO Box 30086
Los Angeles,  CA 90030-0086

Wells Fargo Financial Leasing
PO Box 6434
Carol  Stream, IL 60197-6434


Wells Fargo Financial Leasing
PO Box 6434
Carol  Stream, IL 60197-6434

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   Leonard M. Ross                              ,
                        Debtor

Case No. _____

Chapter ___11_____

# VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 12

pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule

105(6).  I assume all responsibility for errors and omissions.

Date _____

Signature
of Debtor    _____
             LEONARD M. ROSS

Robert Yaspan
Law Offices of
Robert M. Yaspan
21700 Oxnard Street,
Suite 1750
Woodland Hills, CA 91367
818-905-7711
818-501-7711

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21700 Oxnard Street, Suite 1750, Woodland Hills CA 91367

A true and correct copy of the foregoing document described **AMENDED SCHEDULES AND/OR STATEMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_October 22, 2010_** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael S Greger on behalf of Interested Party Courtesy NEF
mgreger@allenmatkins.com

Michael S Kogan on behalf of Creditor Michael Kogan
mkogan@ecjlaw.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Justin E Rawlins on behalf of Creditor Pacific Mercantile Bank
jrawlins@winston.com, docketla@winston.com

David B Shemano on behalf of Creditor National Guardian Life Insurance Co.
dshemano@pwkllp.com

Ramesh Singh on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Joshua D Wayser on behalf of Interested Party Courtesy NEF
joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com

II. **SERVED BY FEDERAL EXPRESS PRIORITY OVERNIGHT MAIL** (indicate method for each person or entity served):
On **_October 27, 2010,_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ ͺ I served the following person(s) and/or

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_August 2010_                                                                                    **F 9013-3.1.PROOF.SERVICE**

entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 27, 2010 | Tatyana K. Menachian | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                 **F 9013-3.1.PROOF.SERVICE**

Firstlease, Inc.
c/o Law Offices of Martin Goldman
10880 Wiilshire Blvd., Suite 2240
Los Angeles, CA 90024


Kessler and Kessler
1800 Century Park East Suite 400
Los Angeles, CA 90067


R . Schnitman, M.D.
435 N. Bedford Drive
Lower Level No. 1
Beverly Hills, CA 90210


Mendes and Mount
c/o Michael McCarthy
Nemecek and Cole
15260 Ventura Blvd., Suite 920
Sherman Oaks, CA 91403


Scottsdale Insurance Company
8877 North Gainey Center Drive
Scottsdale, AZ 85258

Stephen Wise Temple
15500 Stephen Wise Drive
Los Angeles, CA 90077


Quality Enterprises
11378 Hichory Road
College Station, TX 77845
Unit F, Unit I

Chamber Copy
The Hon. Vincent Zurzolo
255 E. Temple Street, Suite 1360 Courtroom 1368
Los Angeles, CA 90012


Office of the United States Trustees
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017
Via Messenger & First Class Mail