1  ROBERT M. YASPAN, SBN #051867
   LAW OFFICES OF ROBERT M. YASPAN
2  21700 Oxnard Street, Suite 1750
3  Woodland Hills, California 921367
   Telephone: (818) 774-9929
4  Facsimile: (818) 774-9989
   [Proposed] General Counsel for
5  Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re                           ) Chapter No.: 11
                                )
Leonard Ross                    ) Case No.: 1:10-bk-49358-VZ
                                )
                                ) NOTICE OF DEBTOR'S INTENTION TO
              Debtor            ) EMPLOY HILTON & HYLAND AS
                                ) REAL ESTATE BROKERS
                                )
                                ) [No Hearing required unless requested per
                                ) L.B.R. 2014-1(b)(1)(C)]
                                )
_____)

PLEASE TAKE NOTICE that Leonard Ross, the debtor and debtor-in-possession herein ("Debtor") filed an application with the Court seeking authority to employ the firm of Hilton & Hyland as the listing real estate broker ("Application"), to represent the Debtor in connection with the sale of the real property located at 1011 North Beverly Drive, Beverly Hills California 90210 ("PROPERTY"), on a commission basis. Authority is sought pursuant to sections 327 and 328 of the United States Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and the applicable Local Bankruptcy Rules.

The Application seeks to employ Broker pursuant to the terms of Residential Listing Agreements, under an exclusive authorization, for a term of one year, which commenced on and after September 16, 20010 ("Agreements"). A true and accurate copy of the Listing Agreement for the

respective Property is attached to the Application and is on file with the Clerk of the Court.

The proposed commission payable in connection with the sale of the property is in line with similar listing agreements for high end properties. In general, the commission payable is no more than 2.75%, and under certain circumstances, may well be lower. The complete application should be consulted for the terms of the agreement. It is not the intention of this notice to vary those terms.

The Debtor will seek as a part of the order approving the Application the right to modify the original Listing Price as the Debtor, in its sole judgment and discretion, determines reasonably necessary to effectively market the PROPERTY for sale for the highest and most favorable price and terms.

The actual sale of the PROPERTY will be subject to approval of the above-entitled Court, on notice to creditors and other interested parties.

The Debtor will request that the Order approving the Application and employment of Broker to be effective as of September 16, 2010.

A copy of the Application can be viewed on the Court's docket in this case, or obtained from Debtor's counsel by written request to Law Offices of Robert M. Yaspan, 21700 Oxnard Street, Suite 1750, Woodland Hills, California 91367.

In accordance with the Local Bankruptcy Rules, any response in opposition to the Application and request for hearing on the Application must (i) be in the form required by Local Bankruptcy Rule 9013—1(f)(1); (ii) be filed with the Court; and (iii) a copy served upon the Debtor and its counsel, Law Offices of Robert M. Yaspan at the address indicated above, and upon the United States Trustee, Office of the United States Trustee, at 725 So. Figueroa Street, 26th Floor, Los Angeles, CA 90017, not later than 15 calendar days from the date of service of this notice. If no response and request for hearing is filed, the Court may consider the lack of response to constitute a consent to the requested

1  relief, and enter an order approving the Application without a hearing.

2

3  Dated: November 24, 2009          LAW OFFICES OF ROBERT M. YASPAN

4

5

6  By _____
   Robert M. Yaspan
7  Debra R. Brand
   Attorneys for Debtor-in-Possession
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21700 Oxnard Street, Suite 1750, Woodland Hills CA 91367

A true and correct copy of the foregoing document described **NOTICE OF DEBTOR'S INTENTION TO EMPLOY HILTON & HYLAND AS REAL ESTATE BROKERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 24, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Henkie F Barron    hbarron@winston.com, docketsf@winston.com
- Michael S Greger    mgreger@allenmatkins.com
- Michael S Kogan    mkogan@ecjlaw.com
- Dare Law    dare.law@usdoj.gov
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- David B Shemano    dshemano@pwkllp.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Thomas B Ure    tbuesq@aol.com, ThomasUre@aol.com
- Joshua D Wayser    joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
- Robert M Yaspan    court@yaspanlaw.com, tmenachian@yaspanlaw.com

II. **SERVED VIA FIRST CLASS MAIL** (indicate method for each person or entity served):
On **November 24, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 24, 2010 | Tatyana K. Menachian | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                 F 9013-3.1.PROOF.SERVICE

Leonard M. Ross
1011 No. Beverly Drive
Beverly Hills, CA 90210

Bank of America
201 East Washington Street
Phoenix, AZ 85004

Capital One Auto Finance
3905 N. Dallas Pkwy
Plano TX 75093

*Attorney for Nataalia Rey*
Charles Wake
Law Office of Charles Wake
1901 Ave of the Stars Ste 1700
Los Angeles, CA 90067

Chase Auto Finance
1820 E. Sky Harbor Circle S
Phoenix, AZ 85034

Merri Jean Ross
1023 N. Roxbury Drive
Beverly Hills, CA 90210

Pacific Mercantile Bank •
9720 Wilshire Boulevard
Beverly Hills, CA 90212

Rossco Holdings Incorporated
1011½ N. Beverly Drive•
Beverly Hills, California 90210

Wells Fargo Financial Leasing
2012 Corporate Lane, Suite 108
Napperville, IL 60197-6434

Amer. Express
2965 W. Corporate Lakes Blvd
Weston FL 33331

Citizen's Bank
328 S. Saginaw St
Flint MI 48502

Bellagio Hotel
3600 Las Vegas Blvd South
Las Vegas, NV 89109

JP Morgan Private Bank
270 Park Ave
New York, NY 10017

OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025

Prosperity Bank
2202 Longmire Drive
College Station, Texas 77845

OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025

Rossco MP Properties Co. LLC
1011½ N. Beverly Drive
Beverly Hills, CA 90210

RFF Family Partnership, LP
226 Twenty-Third Street
Santa Monica, California 90402

National Guardian Life Insurance Co.
Two East Gilman Street
Madison, WI 53703

Chase Home Finance
3415 Vision Drive
Columbus OH 43219

Chamber Copy
The Hon. Vincent Zurzolo
255 E. Temple Street, Suite 1360
Courtroom 1368
Los Angeles, CA 90012

Office of the United States Trustees
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Stuart R. Richter
Katten Muchin Roseman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

WINSTON & STRAWN LLP
David L. Aronoff
Justin Rawlins
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543

*Request for Special Notice*
Ascension Capital Group
2201 E. Lamar Blvd.
Arlington, TX 76006

*Attorney for Nataalia Rey*
J. Bennett Friedman
1901 Avenue of the Stars, Suite 1700
Los Angeles CA 90067

Hilton & Hyland
250 N. Canon Drive, Suite 200,
Beverly Hills, California 90210.

Label Matrix for local noticing
0973-2
Case 2:10-bk-49358-VZ
Central District Of California
Los Angeles
Wed Nov 24 10:41:22 PST 2010

Capital One Auto Finance Department
P.O. Box 201347
Arlington, TX 76006-1347

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

AT&T
Payment center
Sacramento, CA 95887-0001

Absolute Pool & Spa
3145 Coldwater Canyon
Studio City, CA 91604-4035

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

Advanta Platinum Business Card
PO Box 8088
Philadelphia, PA 19101-8088

Amer. Express
Box 0001
Los Angeles, CA 90096-8000

Amer. Express (Blue Card) 'Optima'
Box 0001
Los Angeles, CA 90096-8000

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Aquarium Master
7623 Bay Drive #1
Huntington Beach, CA 92648-5858

BTU
PO Box 8000
Bryan, TX 77805-8000

Bank of America
201 East Washington Street
Phoenix, AZ 85004-2428

Bank of America
PO Box 15710
Wilmington, DE 19886-5710

Bank of America
PO Box 301200
Los Angeles, CA 90030-1200

Bank of America
Platinum Plus Business Card
PO Box 15710
Wilmington, DE 19886-5710

Bellagio Hotel
3600 Las Vegas Blvd South
Las Vegas, NV 89109-4339

Brentwood Country Club
590 South Burlingame Avenue
Los Angeles, CA 90049-4896

Caesars Palace Hotel
3475 Las Vegas Blvd. South
Las Vegas, NV 89109-8922

Caesars Palace Hotel & Casino
% Robert G. Aisenstein, Esq.
2114 Fountain Springs Drive
Henderson, Nevada 89074-1575

California Choice
PO Box 7088
Orange, CA 92863-7088

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

Capital One Auto Finance, c/o Ascension Capi
P.O. Box 201347
Arlington, TX 76006-1347

Carolina Casulty Insurance Co.
c/o Chad B. Wootton
119 1/2 N. Larchmont Blvd. Ste 2
Los Angeles CA 90004-3704

Chase Auto Finance
PO Box 78101
Phoenix, AZ 85062-8101

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase Home Finance
PO Box 78420
Phoenix, AZ 85062-8420

Citi Card
PO Box 688901
Des Moines, IA 50368-8901

Citizen's Bank
P. O. Box 42115
Providence, RI 02940-2115

Citizens Bank
480 Jefferson Blvd
RJE 135
Warwick RI 02886-1359

Del Mar
2260 Jimmy Durante Blvd
Del Mar, CA 92014-2216

Erwin, Cohen & Jessup
9401 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212-2928

Fia Card Services, NA As Successor In Intere
Bank of America NA and Mbna America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

Fireman's Fund Insurance
PO Box 7288
Pasadena, CA 91109-7388

FirstLease, Inc.
c/o Martin F. Goldman
10880 Wilshire Blvd. Ste 2240
Los Angeles CA 90024-4123

Fitness Club Warehouse Inc.
Accounts Service Department
PO Box 731
Mahwah, NMJ 07430-0731

Ford Credit
PO Box 7172
Pasadena, CA 91109-7172

HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

JP Morgan Private Bank
PO Box 94014
Palatine, IL 60094-4014

JPMorgan Chase Bank, N.A.
201 N. Central Ave.
AZ1-1191
Phoenix, AZ 85004-0073

Kessler and Kessler
1800 Century Park East Ste 400
Los Angeles CA 90067-1507

Kirstina C. Royce
Butler, Buzard, Fishbein & Royce LLP
11611 San Vicente Boulevard, Suite 820
Los Angeles, CA 90049-6508

Megapath Inc.
Dept. 0324
PO Box 120324
Dallas, TX 75312-0324

Mendes and Mount
c/o Michael McCarthy
15260 Ventura Blvd Ste 920
Sherman Oaks CA 91403-5344

Merri Jean Ross
1023 N. Roxbury Drive
Beverly Hills, CA 90210-3021

Nataalia Rey
9196 Thrasher Avenue
Los Angeles, CA 90069-1129

National Guardian Life Insurance Co.
Two East Gilman Street
Madison, WI 53703-1494

OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025-2635

Pacific Mercantile Bank
9720 Wilshire Boulevard
Beverly Hills, CA 90212-2021

Pacific Mercantile Bank
Beverly Hills, California

Prosperity Bank
2202 Longmire Drive
College Station, Texas 77845-5231

Quality Enterprises
11378 Hichory Road
College Station, TX 77845-6207
Unit F, Unit I

R Schnitman MD
435 N Bedford Dr
Lower Level No 1
Beverly Hills CA 90210-4321

RFF Family Partnership, LP
226 Twenty-Third Street
Santa Monica, California 90402

Rock N'Roll-Off
a Recycling & Disposal Co.
PO Box 144
Agoura Hills, CA 91376-0144

Rossco Holdings Inc
10111/2 N Beverly Dr
Beverly Hills CA 90210

Rossco Holdings Incorporated
1011 N. Beverly Drive
Beverly Hills, California 90210-2328

Rossco MP Properties Co. LLC
1011 N. Beverly Drive
Beverly Hills, CA 90210-2328

Scottsdale Insurance Co
8877 North Gainey Center Dr
Scottsdale AZ 85258-2108

Staples
PO Box 689020
Des Moines, IA 50368-9020
Acct #6035517819161166

State Farm' Insurance
Clayton Insurance Agency
16167 East Whittier Boulevard
Whittier, CA 90603-2587

Stephen wise Temple
15500 Stephen Wise Dr
Los Angeles CA 90077-1598


TD Retail Card Services
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas, Tx 75374-0933

The Gas Company
PO Box C
Monteray Park, CA 91756-0001

The Hartford
PO Box 2907
Harford, CT 06104-2907


UCLA Foundation
405 Hilgard Avenue
Los Angeles, CA 90024

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

Wells Fargo
PO Box 30086
Los Angeles, CA 90030-0086


Wells Fargo Bank, N.A.
c/o Wells Fargo Card Services
Recovery Department
P.O. Box 9210
Des Moines, IA 50306-9210

Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434

Dennis A. Sullens
Ure Law Firm
800 Wilshire Blvd., Suite 1000
Los Angeles, CA 90017-2614


Leonard M. Ross
1009 N Beverly Drive
Beverly Hills, CA 90210-2328

Michael S Kogan
ERVIN, COHEN & JESSUP LLP
9401 Wilshire blvd., Ninth Floor
Beverly Hills, CA 90212-2928

Robert M Yaspan
Law Offices of Robert M Yaspan
21700 Oxnard St Ste 1750
Woodland Hills, CA 91367-7593


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088

INTERNAL REVENUE SERVICE
300 North Los Angeles Street
M/S 5022
Los Angeles, CA 90012


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

(u)National Guardian Life Insurance Co.

(u)Pacific Mercantile Bank


End of Label Matrix
Mailable recipients    74
Bypassed recipients     3
Total                  77