ROBERT M. YASPAN, SBN 051867
DEBRA R. B RAND, SBN 162285
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone:  (818) 774-9929
Facsimile: (818) 774-9989
General Counsel for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:10-bk-49358-VZ |
| Leonard M. Ross | Chapter 11 |
| Debtor and Debtor in Possession | **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND INTEREST**<br><br>**BAR DATE:  January 31, 2011** |

**PLEASE TAKE NOTICE** that the Bankruptcy Court in the above-referenced chapter 11 bankruptcy case has established **January 31, 2010** as the last day for creditors or interest holders of Leonard M. Ross, the debtor and debtor in possession herein (the "Debtor"), to file proofs of claim or interest against the Debtor's estate.

The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from the rejection of executory contracts or unexpired leases, (2) claims of governmental units, and (3) claims arising as the result of avoidance of a transfer pursuant to chapter 5 of 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is (a) 30 days after the date of the entry of an order authorizing the rejection, or (b) January 31, 2011, whichever is later.

///

///

For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed if filed (a) before 180 days after the date of the Order for Relief in this case (*i.e.*, the petition date of September 15, 2010), or (b) by January 31, 2011, whichever is later.  11 U.S.C. § 502(b)(9).

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is (a) 30 days after the entry of a judgment avoiding the transfer, or (b) January 31, 2011, whichever is later.

Copies of the proof of claim form may have previously been sent to you by the Court along with the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors and Deadlines.  Additional proof of claim forms may be obtained from the Office of the Clerk of the Bankruptcy Court for the Central District of California or from the Court's website: www.cacb.uscourts.gov.

Proofs of claim or interest must be timely filed by January 31, 2011, with:

The Clerk of the United States Bankruptcy Court
255 East Temple Street, Room 940
Los Angeles, CA 90012

If you are listed on the Debtor's Schedule of Assets and Liabilities and your claim or interest is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the Debtor's Schedules of Assets and Liabilities, and the filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, preferred stock, common stock, etc.) is correct.  11 U.S.C. § 1111(a).

If your claim or interest is not listed on the Debtor's Schedules of Assets and Liabilities, or is scheduled as disputed, contingent, unliquidated or unknown, or you disagree with the amount or description scheduled for your claim or interest, you must timely file a proof of claim or interest with the Clerk of the United States Bankruptcy Court.

**Failure of a creditor to timely file a proof of claim or interest on or before the applicable deadline set forth herein may result in disallowance of the claim or interest or subordination**

///

///

under the terms of a plan without further notice or hearing.  11 U.S.C. § 502(b)(9).  Creditors
and interest holders may wish to consult an attorney to protect their rights.

Dated: November 24, 2010

Robert M. Yaspan
Law Offices of Robert M. Yaspan
Counsel for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21700 Oxnard Street, Suite 1750, Woodland Hills CA 91367.

A true and correct copy of the foregoing document described **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND INTEREST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***November 24, 2010*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Henkie F Barron    hbarron@winston.com, docketsf@winston.com
    Michael S Greger    mgreger@allenmatkins.com
    Michael S Kogan    mkogan@ecjlaw.com
    Dare Law    dare.law@usdoj.gov
    Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
    David B Shemano    dshemano@pwkllp.com
    Ramesh Singh    claims@recoverycorp.com
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
    Thomas B Ure    tbuesq@aol.com, ThomasUre@aol.com
    Joshua D Wayser    joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com

II. **SERVED VIA FIRST CLASS MAIL** (indicate method for each person or entity served):
On ***November 24, 2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| November 24, 2010 | Alison M. Moses | |
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                 **F 9013-3.1.PROOF.SERVICE**

Leonard M. Ross
1011 No. Beverly Drive
Beverly Hills, CA 90210

Bank of America
201 East Washington Street
Phoenix, AZ 85004

Capital One Auto Finance
3905 N. Dallas Pkwy
Plano TX 75093

Chase Auto Finance
1820 E. Sky Harbor Circle S
Phoenix, AZ 85034

Merri Jean Ross
1023 N. Roxbury Drive
Beverly Hills, CA 90210

*Attorney for Nataalia Rey*
Charles Wake
Law Office of Charles Wake
1901 Ave of the Stars Ste 1700
Los Angeles, CA 90067

Pacific Mercantile Bank •
9720 Wilshire Boulevard
Beverly Hills, CA 90212

Rossco Holdings Incorporated
1011½ N. Beverly Drive•
Beverly Hills, California 90210

Wells Fargo Financial Leasing
2012 Corporate Lane, Suite 108
Napperville, IL 60197-6434

Amer. Express
2965 W. Corporate Lakes Blvd
Weston FL 33331

Citizen's Bank
328 S. Saginaw St
Flint MI 48502

Bellagio Hotel
3600 Las Vegas Blvd South
Las Vegas, NV 89109

JP Morgan Private Bank
270 Park Ave
New York, NY 10017

OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025

Prosperity Bank
2202 Longmire Drive
College Station, Texas 77845

OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025

Rossco MP Properties Co. LLC
1011½ N. Beverly Drive
Beverly Hills, CA 90210

RFF Family Partnership, LP
226 Twenty-Third Street
Santa Monica, California 90402

National Guardian Life Insurance Co.
Two East Gilman Street
Madison, WI 53703

Chase Home Finance
3415 Vision Drive
Columbus OH 43219

Chamber Copy
The Hon. Vincent Zurzolo
255 E. Temple Street, Suite 1360
Courtroom 1368
Los Angeles, CA 90012

Office of the United States Trustees
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Stuart R. Richter
Katten Muchin Roseman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

WINSTON & STRAWN LLP
David L. Aronoff
Justin Rawlins
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543

*Request for Special Notice*
Ascension Capital Group
2201 E. Lamar Blvd.
Arlington, TX 76006

*Attorney for Nataalia Rey*
J. Bennett Friedman
1901 Avenue of the Stars, Suite 1700
Los Angeles CA 90067

Label Matrix for local noticing
0973-2
Case 2:10-bk-49358-VZ
Central District Of California
Los Angeles
Wed Nov 24 10:21:46 PST 2010

Capital One Auto Finance Department
P.O. Box 201347
Arlington, TX 76006-1347

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

L.A. County Tax Collector
Bankruptcy Unit
2615 S. Grand
Los Angeles, CA 90007-2608

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Securities & Exchange Commission
5670 Wilshire Avenue., 11th Floor
Los Angeles, CA 90036-5627

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

AT&T
Payment center
Sacramento, CA 95887-0001

Absolute Pool & Spa
3145 Coldwater Canyon
Studio City, CA 91604-4035

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

Advanta Platinum Business Card
PO Box 8088
Philadelphia, PA 19101-8088

Amer. Express
Box 0001
Los Angeles, CA 90096-8000

Amer. Express (Blue Card) 'Optima'
Box 0001
Los Angeles, CA 90096-8000

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Aquarium Master
7623 Bay Drive #1
Huntington Beach,  CA 92648-5858

BTU
PO Box 8000
Bryan, TX 77805-8000

Bank of America
201 East Washington Street
Phoenix, AZ 85004-2428

Bank of America
PO Box 15710
Wilmington, DE 19886-5710

Bank of America
PO Box 301200
Los Angeles, CA 90030-1200

Bank of America
Platinum Plus Business Card
PO Box 15710
Wilmington, DE 19886-5710

Bellagio Hotel
3600 Las Vegas Blvd South
Las Vegas, NV 89109-4339

Brentwood Country Club
590 South Burlingame Avenue
Los Angeles, CA 90049-4896

Caesars Palace  Hotel
3475 Las Vegas Blvd. South
Las Vegas, NV 89109-8922

Caesars Palace Hotel & Casino
% Robert G. Aisenstein, Esq.
2114 Fountain Springs Drive
Henderson, Nevada 89074-1575

California Choice
PO Box 7088
Orange, CA 92863-7088

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

Capital One Auto Finance, c/o Ascension Capi
P.O. Box 201347
Arlington, TX 76006-1347

Carolina Casulty Insurance Co.
c/o Chad B. Wootton
119 1/2 N. Larchmont Blvd. Ste 2
Los Angeles CA 90004-3704

Chase Auto Finance
PO Box 78101
Phoenix, AZ 85062-8101

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase Home Finance
PO Box 78420
Phoenix, AZ 85062-8420

Citi Card
PO Box 688901
Des Moines, IA 50368-8901

Citizen's Bank
P. O. Box 42115
Providence, RI 02940-2115

Citizens Bank
480 Jefferson Blvd
RJE 135
Warwick RI 02886-1359

Del Mar
2260 Jimmy Durante Blvd
Del Mar, CA 92014-2216

Erwin, Cohen & Jessup
9401 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212-2928

Fia Card Services, NA As Successor In Intere
Bank of America NA and Mbna America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

Fireman's Fund Insurance
PO Box 7288
Pasadena, CA 91109-7388

FirstLease, Inc.
c/o Martin F. Goldman
10880 Wilshire Blvd. Ste 2240
Los Angeles CA 90024-4123

Fitness Club Warehouse Inc.
Accounts Service Department
PO Box 731
Mahwah, NMJ  07430-0731

Ford Credit
PO Box 7172
Pasadena, CA 91109-7172

HSBC Business Solutions
PO Box 5219
Carol  Stream, IL 60197-5219

JP Morgan Private Bank
PO Box 94014
Palatine, IL 60094-4014

JPMorgan Chase  Bank, N.A.
201 N. Central Ave.
AZ1-1191
Phoenix,AZ 85004-0073

Kessler and Kessler
1800 Century Park East Ste 400
Los Angeles CA 90067-1507

Kirstina C. Royce
Butler, Buzard, Fishbein & Royce LLP
11611 San Vicente Boulevard, Suite 820
Los Angeles, CA 90049-6508

Megapath Inc.
Dept. 0324
PO Box 120324
Dallas, TX 75312-0324

Mendes and Mount
c/o Michael McCarthy
15260 Ventura Blvd Ste 920
Sherman Oaks CA 91403-5344

Merri Jean Ross
1023 N. Roxbury Drive
Beverly Hills, CA 90210-3021

Nataalia Rey
9196 Thrasher Avenue
Los Angeles, CA 90069-1129

National Guardian Life Insurance Co.
Two East Gilman Street
Madison, WI 53703-1494

OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025-2635

Pacific Mercantile Bank
9720 Wilshire Boulevard
Beverly Hills, CA 90212-2021

Pacific Mercantile Bank
Beverly Hills, California

Prosperity Bank
2202 Longmire Drive
College Station, Texas 77845-5231

Quality Enterprises
11378 Hichory Road
College Station, TX 77845-6207
Unit F, Unit I

R Schnitman MD
435 N Bedford Dr
Lower Level No 1
Beverly Hills CA 90210-4321

RFF Family Partnership, LP
226 Twenty-Third Street
Santa Monica, California 90402

Rock N'Roll-Off
a Recycling & Disposal Co.
PO Box 144
Agoura Hills, CA 91376-0144

Rossco Holdings Inc
10111/2 N Beverly Dr
Beverly Hills CA 90210

Rossco Holdings Incorporated
1011 N. Beverly Drive
Beverly Hills,  California 90210-2328

Rossco MP Properties Co. LLC
1011 N. Beverly Drive
Beverly Hills, CA 90210-2328

Scottsdale Insurance Co
8877 North Gainey Center Dr
Scottsdale AZ 85258-2108

Staples
PO Box 689020
Des Moines, IA 50368-9020
Acct #6035517819161166

State Farm' Insurance
Clayton Insurance Agency
16167 East Whittier Boulevard
Whittier, CA 90603-2587

Stephen wise Temple
15500 Stephen Wise Dr
Los Angeles CA 90077-1598

TD Retail Card Services
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374-0933

The Gas Company
PO Box C
Monteray Park, CA 91756-0001

The Hartford
PO  Box 2907
Harford, CT 06104-2907

UCLA Foundation
405 Hilgard Avenue
Los Angeles, CA 90024

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

Wells Fargo
PO Box 30086
Los Angeles,  CA 90030-0086

Wells Fargo Bank, N.A.
c/o Wells Fargo Card Services
Recovery Department
P.O. Box 9210
Des Moines, IA 50306-9210

Wells Fargo Financial Leasing
PO Box 6434
Carol  Stream, IL 60197-6434

Dennis A. Sullens
Ure Law Firm
800 Wilshire Blvd., Suite 1000
Los Angeles, CA 90017-2614

Leonard M. Ross
1009 N Beverly Drive
Beverly Hills, CA 90210-2328

Michael S Kogan
ERVIN, COHEN & JESSUP LLP
9401 Wilshire blvd., Ninth Floor
Beverly Hills, CA 90212-2928

Robert M Yaspan
Law Offices of Robert M Yaspan
21700 Oxnard St Ste 1750
Woodland Hills, CA 91367-7593

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114-0325

Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088

(d) INTERNAL REVENUE SERVICE
300 North Los Angeles Street
M/S 5022
Los Angeles, CA 90012