ROBERT M. YASPAN, SBN 51867
DEBRA R. BRAND, SBN 162285
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367
Telephone: (818) 774-9929
Facsimile: (818) 774-9989
[Proposed] General Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Leonard Ross<br><br><br>Debtor. | Chapter No.: 11<br><br>Case No.: 2:10-bk-49358-VZ<br><br>**NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY COOPER & SCULLY, P.C. AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. §§327(e) and 328(a)**<br><br>[No Hearing Required Per Local Bankruptcy Rules 2014-1(b)] |

TO THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Leonard Ross, the herein Debtor and Debtor-in-Possession ("Debtor") has filed an Application to Employ Cooper & Scully, P.C. ("COOPER"), as Special Litigation Counsel for the Debtor ("Application").

The Application is made pursuant to 11 U.S.C. §327(e) and 328(a) and Fed.R.Bankr.P. 2014. Pursuant to Local Bankruptcy Rule 2014-1(b)(3), the Debtor hereby provide the following information concerning the Application.

1

A. **Name of Professional and Proposed Scope of Employment**

In the Application, Debtor proposed to employ COOPER, including its employees, trainees, paralegals and support staff, as the Debtor's Special Litigation Counsel for the purpose of continuing its litigation in the matter entitled Rossco v. Mendes & Mount, Los Angeles Superior Court as Case No. BC441250 ("Malpractice Action"). The Debtor intends to continue its action to pursue claims and causes of action against Mendes & Mount, Dean Herman, Catherine Rivard and Todd Fuson for the benefit of the estate and its creditors. The Debtor has claims in the Malpractice Action for legal malpractice as more fully set forth in the Application.

B. **Whether the Professional Seeks Compensation Pursuant to 11 U.S.C. §328 or 11 U.S.C. §330**

COOPER seeks compensation pursuant to 11 U.S.C. §328.

C. **Arrangements for Compensation**

COOPER seeks compensation for services rendered and reimbursement of actual and necessary expenses incurred are to be paid on a general retainer, and subject to further Order of the Court. COOPER has agreed to handle the Malpractice Action on an hourly rate, which as set forth in the Application, for attorneys range from $150-215 per hour. COOPER also seeks from Debtor a $5,000.00 postpetition retainer upon which to draw down for legal services rendered postpetition.

D. **Procedure for Obtaining Copy of Application**

Any party in interest wishing to obtain a copy of the complete Application may obtain one at the party's own expense from the Court's file. You may also obtain a copy of the Application by contacting the Law Offices of Robert M. Yaspan, Attn: T. Menachian, 21700 Oxnard Street, Suite 1750, Woodland Hills, California 91367; (818) 774-9929; or you by e-mail by writing tmenachian@yaspanlaw.com provided that your request includes an e-mail return address and states

your full name(s) and mailing address.

### E. Procedure for Objecting to Application or Requesting a Hearing

Under Local Bankruptcy Rule 2014-1(b), any response or opposition to the Application and a request for hearing shall be in the form required by Local Bankruptcy Rule 9013-1(f)(1) and shall be filed with the Court and served on the United States Trustee, Debtor's counsel, Law Offices of Robert M. Yaspan no less than 14 days from service of this Notice as follows:

**For Filing with the Court**
Clerk's Office
United States Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, California 90012

**For Service on the United States Trustee**
Office of the United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, California 90017

**For Service on Debtor's Attorney**
Robert M. Yaspan, Esq.
Law Offices of Robert M. Yaspan
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367

**PLEASE TAKE NOTICE** that failure to file and serve an objection within 14 days from the date of service of this notice may be deemed consent to granting of the Application.

Dated: December 30, 2010        LAW OFFICES OF ROBERT M. YASPAN

                                By_____
                                   Robert M. Yaspan
                                   Debra R. Brand
                                   [Proposed] General Counsel for the Debtor

3

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21700 Oxnard Street, Suite 1750, Woodland Hills CA 91367

A true and correct copy of the foregoing document *described* **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY COOPER & SCULLY, P.C. AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. §§327(e) and 328(a)**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 10, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Henkie F Barron    hbarron@winston.com, docketsf@winston.com
- Jerome Bennett Friedman    jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com
- Michael S Greger    mgreger@allenmatkins.com
- Michael S Kogan    mkogan@ecjlaw.com
- Dare Law    dare.law@usdoj.gov
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- Scott A Schiff    sas@soukup-schiff.com
- David B Shemano    dshemano@pwkllp.com
- Timothy J Silverman    tim@sgsslaw.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Thomas B Ure    tbuesq@aol.com, ThomasUre@aol.com
- Joshua D Wayser    joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
- Robert M Yaspan    court@yaspanlaw.com, tmenachian@yaspanlaw.com

II. **SERVED VIA FIRST CLASS MAIL** (indicate method for each person or entity served):
On **January 10, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 10, 2011 | Nancy Nakamura | *Nancy Nakamura* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                          F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Leonard M. Ross<br>1011 No. Beverly Drive<br>Beverly Hills, CA 90210 | Bank of America<br>201 East Washington Street<br>Phoenix, AZ 85004 | Capital One Auto Finance<br>PO Box 60511<br>City of Industry, CA 91716 |
| Chase Auto Finance<br>PO Box 78101<br>Phoenix, AZ 85062 | Merri Jean Ross<br>1023 N. Roxbury Drive<br>Beverly Hills, CA 90210 | *Attorney for Nataalia Rey*<br>Charles Wake<br>Law Office of Charles Wake<br>1901 Ave of the Stars Ste 1700<br>Los Angeles, CA 90067 |
| Pacific Mercantile Bank •<br>9720 Wilshire Boulevard<br>Beverly Hills, CA 90212 | Rossco Holdings Incorporated<br>1011½ N. Beverly Drive•<br>Beverly Hills, California 90210 | Wells Fargo Financial Leasing<br>PO Box 6434<br>Carol Stream, IL 60197-6434 |
| Amer. Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | Citizen's Bank<br>P. O. Box 42115<br>Providence, RI 02940-2115 | Bellagio Hotel<br>3600 Las Vegas Blvd South<br>Las Vegas, NV 89109 |
| JP Morgan Private Bank<br>PO Box 94014<br>Palatine, IL 60094-4014 | OneWest Bank FSB<br>390 West Valley Parkway<br>Escondido, CA 92025 | Prosperity Bank<br>2202 Longmire Drive<br>College Station, Texas 77845 |
| OneWest Bank FSB<br>390 West Valley Parkway<br>Escondido, CA 92025 | Rossco MP Properties Co. LLC<br>1011½ N. Beverly Drive<br>Beverly Hills, CA 90210 | RFF Family Partnership, LP<br>226 Twenty-Third Street<br>Santa Monica, California 90402 |
| National Guardian Life Insurance Co.<br>Two East Gilman Street<br>Madison, WI 53703 | Chase Home Finance<br>PO Box 78420<br>Phoenix, AZ 85056-8420 | Chamber Copy<br>The Hon. Vincent Zurzolo<br>255 E. Temple Street, Suite 1360<br>Courtroom 1368<br>Los Angeles, CA 90012 |
| Office of the United States Trustees<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 | Stuart R. Richter<br>Katten Muchin Roseman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067 | WINSTON & STRAWN LLP<br>David L. Aronoff<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543 |
| *Request for Special Notice*<br>Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006 | Request for Special Notice<br>Chad B. Wootton<br>119 ½ N. Larchmont Blvd., Suite 2<br>Los Angeles, CA 90004 | Request for Special Notice<br>Warren J. Kessler<br>1800 Avenue of the Stars, Suite 40(<br>Los Angeles, CA 90067 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                    **F 9013-3.1.PROOF.SERVICE**

*Request for Special Notice*
Scott A. Schiff
Soukup & Schiff LLP
1801 Century Park East, Suite 470
Los Angeles, CA 90067

Request for Special Notice
Nataalie Rey
c/o J. Bennett Friedman
Friedman Law Group
1901 Avenue of the Stars, Suite 1700
Los Angeles CA 90067

Joshua D. Wayser
Hatten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

R. Brent Cooper, Esq.
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                **F 9013-3.1.PROOF.SERVICE**