# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Leonard M. Ross    Atty Name (if applicable): Robert M. Yaspan

Street Address: 21700 Oxnard Street, Suite CA Bar No. (if applicable): 051867

Woodland Hills CA 91367    Atty Fax No. (if applicable): 818-501-7711

Filer's Telephone No.: 818-905-7711

---

In re:

Leonard M. Ross

Case No.: LA 10-49358

Chapter 7 _____ 11 X 13 _____

---

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes XX    No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A _____   B _____   C _____   D XX   E _____   F XX   G _____   H XX   I _____   J _____

Statement of Social Security Number(s) _____    Statement of Financial Affairs _____

Statement of Intention _____    Other _____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Leonard M. Ross _____, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 1/21/2011

_Debtor Signature_

_Co-Debtor Signature_

**FOR COURT USE ONLY**

*SEE REVERSE SIDE*

B-1008 *Revised November 2003*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert M. Yaspan SBN: 51867<br>LAW OFFICES OF ROBERT M. YASPAN<br>21700 Oxnard Street, Suite 1750<br>Woodland Hills, CA 91367<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Leonard M. Ross | CASE NO.: LA 10-49358-VZ |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

**ELECTRONIC FILING DECLARATION**
**(INDIVIDUAL)**

☐  Petition, statement of affairs, schedules or lists
☒  Amendments to the petition, statement of affairs, schedules or lists
☐  Other: _____

Date Filed: _____
Date Filed: January 21, 2011
Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that:  (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.  If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____
*Signature of Signing Party*

January 21, 2011
_____
*Date*

Leonard M. Ross
_____
*Printed Name of Signing Party*

_____
*Signature of Joint Debtor (if applicable)*

_____
*Date*

_____
*Printed Name of Joint Debtor (if applicable)*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.  If the Filed Document is a petition, I further declare under penalty of perjury that:  (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____
*Signature of Attorney for Signing Party*

January 21, 2011
_____
*Date*

Robert M. Yaspan
_____
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Central District of California

In re    Leonard M. Ross                            Case No. _____

Debtor

Chapter   11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 91,450,000 | | |
| B – Personal Property | YES | 4 | $ 24,067,531 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $. 31,939,990 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 92,000 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $ 58,463,285 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 465,000 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 346,050 |
| TOTAL | | 28 | $ 115,517,531 | $ 90,495,275 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

# United States Bankruptcy Court
### Central District of California

In re  Leonard M. Ross _____      Case No. _____
           Debtor

                                                      Chapter    11 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

B6D (Official Form 6D) (12/07)

In re  Leonard M. Ross _____,  Case No. _____

    Debtor                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0046993-4<br><br>Bank of America<br>201 East Washington Street<br>Phoenix, AZ 85004 | | | Lien: First Trust Deed<br>Security: 1011 N. Beverly Property<br>Date:<br>Nature of Lien:<br>Description: 1011 N. Beverly Drive<br>Beverly Hills, CA 90210 | | | | 22,874,000 | 0 |
| | | | VALUE $ 90,000,000 | | | | | |
| ACCOUNT NO. 10829914451000<br><br>Chase Auto Finance<br>PO Box 78101<br>Phoenix, AZ 85062 | | | | | | | 53,935 | 4,935 |
| | | | VALUE $ 49,000 | | | | | |
| ACCOUNT NO.<br><br>Merri Jean Ross<br>1023 N. Roxbury Drive<br>Beverly Hills, CA 90210 | | | Lien: Trust Deed<br>Security: Beverly Drive Property | | | | 3,100,000 | 0 |
| | | | VALUE $ 90,000,000 | | | | | |

  1 ___ continuation sheets attached

Subtotal ▶ (Total of this page)      $ 26,027,935    $ 4,935

Total ▶ (Use only on last page)      $ _____    $ _____

                                               (Report also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 20213-301X-*02310

B6D (Official Form 6D) (12/07) – Cont.

In re   Leonard M. Ross                                    ,          Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Nataalia Rey<br>9196 Thrasher Avenue<br>Los Angeles, CA  90069 | | | Lien: Involuntary lien<br>Security: Beverly Drive Property<br><br><br>VALUE $          90,000,000 | | | | 1,913,055 | 0 |
| ACCOUNT NO.<br><br>Pacific Mercantile Bank<br>9720 Wilshire Boulevard<br>Beverly Hills, CA 90212 | | | Lien: 1st deed of trust<br>Security: 3 Calabasas Lots<br>Additional 17 lots form part of security that are owned by affiliates.<br><br>VALUE $          2,250,000 | | | | 3,999,000 | 1,749,000 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) ▶<br>(Total(s) of this page) | $   5,912,055 | $   1,749,000 |
| Total(s)<br>(Use only on last page) | $  31,939,990 | $   1,753,935 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

B6F (Official Form 6F) (12/07)

In re  Leonard M. Ross                                    ,        Case No. _____

_____Debtor_____                                              _____(If known)_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  609927<br><br>Absolute Pool & Spa<br>3145 Coldwater Canyon<br>Studio City, CA 91604 | | | Consideration: Trade debt | | | | 280 |
| ACCOUNT NO.  0016<br><br>Advanta Bank Corp.<br>PO Box 8088<br>Philadelphia, PA 19101-8088 | | | Consideration: Credit Card Debt (Unsecured) | | | | 23,952 |
| ACCOUNT NO.  XXX-0016<br><br>Advanta Platinum Business Card<br>PO Box 8088<br>Philadelphia, PA 19101-8088 | | | Consideration: Credit Card Debt (Unsecured) | | | | 24,213 |
| ACCOUNT NO.  71000<br><br>American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | | | Consideration: Credit Card Debt (Unsecured) | | | | 185,870 |

_11__ continuation sheets attached

Subtotal ▶  | $ | 234,315

Total ▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

B6F (Official Form 6F) (12/07) - Cont.

In re   Leonard M. Ross                                    ,          Case No. _____
                              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  12003<br><br>American Express (Blue Card)<br>"Optima"<br>Box 0001<br>Los Angeles, CA 90096-8000 | | | Consideration: Credit Card Debt (Unsecured) | | | | 36,232 |
| ACCOUNT NO.  R1101<br><br>Aquarium Master<br>7623 Bay Drive #1<br>Huntington Beach,  CA 92648 | | | Consideration: Trade Debt Services | | | | 1,805 |
| ACCOUNT NO.  310 276 4736 083 9<br><br>AT&T<br>Payment center<br>Sacramento, CA 95887-0001 | | | Consideration: Trade Debt Services | | | | 1,020 |
| ACCOUNT NO.<br><br>Bank of America<br>201 East Washington Street<br>Phoenix, AZ 85004 | | | Consideration: Attorneys Fees Judgment | | | X | 1,997,794 |
| ACCOUNT NO.  3291<br><br>Bank of America<br>Platinum Plus Business Card<br>PO Box 15710<br>Wilmington, DE 19886-5710 | | | Consideration: Credit Card Debt (Unsecured) | | | | 34,571 |

Sheet no.  1  of  11  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

|  | Subtotal▶ | $ | 2,071,422 |
|---|---|---|---|
|  | Total▶ | $ |  |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

B6F (Official Form 6F) (12/07) - Cont.

In re   Leonard M. Ross                                    ,          Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3291<br><br>Bank of America<br>PO Box 15710<br>Wilmington, DE 19886-5710 | | | Consideration: Credit Card Debt (Unsecured) | | | | 34,856 |
| ACCOUNT NO.  0145<br><br>Bank of America<br>PO Box 301200<br>Los Angeles, CA 90030-1200 | | | Consideration: Credit Card Debt (Unsecured) | | | | 54,920 |
| ACCOUNT NO.  0398<br><br>Bank of America<br>PO Box 301200<br>Los Angeles, CA 90030-1200 | | | Consideration: Credit Card Debt (Unsecured) | | | | 25,068 |
| ACCOUNT NO.  7371<br><br>Bank of America<br>PO Box 301200<br>Los Angeles, CA 90030-1200 | | | Consideration: Credit Card Debt (Unsecured) | | | | 20,783 |
| ACCOUNT NO.<br><br>Bellagio Hotel<br>3600 Las Vegas Blvd South<br>Las Vegas, NV 89109 | | | Consideration: Casino Markers | | | | 350,000 |

Sheet no. _2_ of _11_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $ | 485,627
Total▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

B6F (Official Form 6F) (12/07) - Cont.

In re  Leonard M. Ross                    ,           Case No. _____
_____
              **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  000323 <br><br> Brentwood Country Club <br> 590 South Burlingame Avenue <br> Los Angeles, CA 90046 | | | Consideration: Dues | | | | 1,232 |
| ACCOUNT NO.  2227439 <br><br> BTU <br> PO Box 8000 <br> Bryan, TX 77805 | | | Consideration: Trade debt <br> Utilities | | | | 321 |
| ACCOUNT NO. <br><br> Caesars Palace  Hotel <br> 3475 Las Vegas Blvd. South <br> Las Vegas, NV 89109 | | | Incurred: 2010 <br> Consideration: Gaming Markers | | | X | 500,000 |
| ACCOUNT NO. <br><br> California Choice <br> PO Box 7088 <br> Orange, CA 92863 | | | Consideration: Trade debt <br> Insurance | | | | 6,048 |
| ACCOUNT NO.  5449751 <br><br> Capital One Auto Finance <br> PO Box 60511 <br> City of Industry, CA 91716 | | | Consideration: Auto loan <br> Auto loan; car repossessed | | | X | 20,423 |

Sheet no. _3_ of _11_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 528,024

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

B6F (Official Form 6F) (12/07) - Cont.

In re    Leonard M. Ross                                          ,          Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Chase Home Finance<br>PO Box 78420<br>Phoenix, AZ 85056-8420 | | | Consideration: Guarantee<br>Guarantee of loan on 631 Parra Grande,Montecito owned by Rossco MP Properties Co, LLC | X | | | 12,226,000 |
| ACCOUNT NO. 1088028936<br>Chase Home Finance<br>PO Box 78420<br>Phoenix, AZ 85056-8420 | | | Consideration: Trade debt | X | | | 5,940,000 |
| ACCOUNT NO. 1088030097<br>Chase Home Finance<br>PO Box 78420<br>Phoenix, AZ 85056-8420 | | | Consideration: Guarantee of trust deed loan | X | | | 4,615,000 |
| ACCOUNT NO. 7297<br>Citi Card<br>PO Box 688901<br>Des Moines, IA 50368-8901 | | | Consideration: Credit Card Debt (Unsecured) | | | | 99,019 |
| ACCOUNT NO.<br>Citizen's Bank<br>P. O. Box 42115<br>Providence, RI 02940-2115 | | | Consideration: Trade Debt<br>Outstanding loan balance | | | | 296,654 |

Sheet no. __4__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 23,176,673

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

B6F (Official Form 6F) (12/07) - Cont.

In re  Leonard M. Ross _____,    Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Del Mar<br>2260 Jimmy Durante Blvd<br>Del Mar, CA 92014 | | | Consideration: Trade Debt<br>Cashed check | | | | 35,000 |
| ACCOUNT NO.<br><br>Erwin, Cohen & Jessup<br>9401 Wilshire Blvd., 9th Fl.<br>Beverly Hills, CA 90212-2974 | | | Consideration: Legal fees | | | | 13,584 |
| ACCOUNT NO.  NQP103277475<br><br>Fireman's Fund Insurance<br>PO Box 7288<br>Pasadena, CA 91109 | | | Consideration: Trade debt<br>Insurance | | | | 76,683 |
| ACCOUNT NO.<br><br>Firstlease, Inc.<br>c/o Law Offices of Martin Goldman<br>10880 Wiilshire Blvd., Suite 2240<br>Los Angeles, CA 90024 | | | Consideration: Alleged lease liability<br>Lawsuit pending | | | X | 0 |
| ACCOUNT NO.  97700210000041325<br><br>Fitness Club Warehouse Inc.<br>Accounts Service Department<br>PO Box 731<br>Mahwah, NMJ 07430 | | | Consideration: Trade debt<br>Purchases | | | | 10,339 |

Sheet no. _5_ of _11_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 135,606

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02210

B6F (Official Form 6F) (12/07) - Cont.

In re  Leonard M. Ross                                                          ,        Case No. _____
              **Debtor**                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ford Credit<br>PO Box 7172<br>Pasadena, CA 91109-7172 | | | Consideration: Trade debt<br>Car | | | | 16,784 |
| ACCOUNT NO.<br><br>HSBC Business Solutions<br>PO Box 5219<br>Carol Stream, IL 60197-5219 | | | Consideration: Trade debt<br>Purchases | | | | 1,094 |
| ACCOUNT NO.  1729<br><br>JP Morgan Private Bank<br>PO Box 94014<br>Palatine, IL 60094-4014 | | | Consideration: Trade debt<br>Unsecured contingent liability as guarantor of first trust deed loan on 631 Parra Grande, Montecito CA 93108 | | | | 470,207 |
| ACCOUNT NO.<br><br>Kessler and Kessler<br>1800 Century Park East Suite 400<br>Los Angeles, CA 90067 | | | Consideration: Legal Services | | | | 22,951 |
| ACCOUNT NO.<br><br>Kirstina C. Royce<br>Butler, Buzard, Fishbein & Royce LLP<br>11611 San Vicente Boulevard, Suite 820<br>Los Angeles, CA 90049 | | | Consideration: Services rendered | | | | 9,479 |

Sheet no. __6__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  520,515

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

B6F (Official Form 6F) (12/07) - Cont.

In re   Leonard M. Ross _____,   Case No. _____
            **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Megapath Inc. <br> Dept. 0324 <br> PO Box 120324 <br> Dallas, TX 75312 | | | Consideration: Trade debt <br> Purchases | | | | 615 |
| ACCOUNT NO. <br><br> Mendes and Mount <br> c/o Michael McCarthy <br> Nemecek and Cole <br> 15260 Ventura Blvd., Suite 920 <br> Sherman Oaks,  CA 91403 | | | Consideration: Legal Services | X | X | | Unknown |
| ACCOUNT NO. <br><br> Merri Jean Ross <br> 1023 N. Roxbury Drive <br> Beverly Hills, CA 90210 | | | Consideration: promisory note | X | | | 2,500,000 |
| ACCOUNT NO.  9218 <br><br> National Guardian Life Insurance Co. <br> Two East Gilman Street <br> Madison, WI 53703 | | | Consideration: Guarantee | X | | | 4,866,778 |
| ACCOUNT NO.  9217 <br><br> National Guardian Life Insurance Co. <br> Two East Gilman Street <br> Madison, WI 53703 | | | Consideration: Guarantee | X | | | 4,223,917 |

Sheet no. _7_ of _11_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $   11,591,310

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

B6F (Official Form 6F) (12/07) - Cont.

In re    Leonard M. Ross                                    ,        Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   2053022068<br><br>OneWest Bank FSB<br>390 West Valley Parkway<br>Escondido, CA 92025 | | | Consideration: Guarantee<br>Trust Deed | X | | | 881,934 |
| ACCOUNT NO.   1053022971<br><br>OneWest Bank FSB<br>390 West Valley Parkway<br>Escondido, CA 92025 | | | Consideration: Guarantee<br>Trust Deed | X | | | 1,612,800 |
| ACCOUNT NO.   1053022971<br><br>OneWest Bank FSB<br>390 West Valley Parkway<br>Escondido, CA 92025 | | | Consideration: Guarantee<br>Trust Deed | X | | | 691,200 |
| ACCOUNT NO.   1053022069<br><br>OneWest Bank FSB<br>390 West Valley Parkway<br>Escondido, CA 92025 | | | Consideration: Guarantee<br>Trust  Deed | X | | | 1,922,155 |
| ACCOUNT NO.   32005095-00001<br><br>Pacific Mercantile Bank<br>9720 Wilshire Boulevard<br>Beverly Hills, CA 90212 | | | Consideration: Guarantee<br>Trust Deed | X | | | 6,164,153 |

Sheet no. __8__ of __11__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 11,272,242
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

B6F (Official Form 6F) (12/07) - Cont.

In re  Leonard M. Ross _____,    Case No. _____
                  **Debtor**                                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  200953 <br><br> Prosperity Bank <br> 2202 Longmire Drive <br> College Station, Texas 77845 | | | Consideration: Guarantee trust deed loan | X | | | 832,627 |
| ACCOUNT NO. <br><br> Quality Enterprises <br> 11378 Hichory Road <br> College Station, TX 77845 <br> Unit F, Unit I | | | Consideration: Trade debt <br> Services and purchases | | | | 10,135 |
| ACCOUNT NO. <br><br> R . Schnitman, M.D. <br> 435 N. Bedford Drive <br> Lower Level No. 1 <br> Beverly Hills, CA 90210 | | | Incurred: 2010 <br> Consideration: Medical Services | | | | 1,525 |
| ACCOUNT NO. <br><br> RFF Family Partnership, LP <br> 226 Twenty-Third Street <br> Santa Monica, California 90402 | | | Consideration: Guarantee <br> Guarantees on various loans | X | | | 4,960,000 |
| ACCOUNT NO. <br><br> Rock N'Roll-Off <br> a Recycling & Disposal Co. <br> PO Box 144 <br> Agoura Hills, CA 91376 | | | Consideration: Trade debt <br> Services | | | | 1,200 |

Sheet no.  9  of  11  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,805,487

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

B6F (Official Form 6F) (12/07) - Cont.

In re  Leonard M. Ross                                    ,          Case No. _____
                    Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rossco MP Properties Co. LLC<br>1011½ N. Beverly Drive<br>Beverly Hills, CA 90210 | | | Consideration: Loan<br>Loan | | | | 2,601,400 |
| ACCOUNT NO.<br><br>Scottsdale Insurance Company<br>8877 North Gainey Center Drive<br>Scottsdale, AZ 85258 | | | | | | X | Notice Only |
| ACCOUNT NO.<br><br>Staples<br>PO Box 689020<br>Des Moines, IA 50368<br>Acct #6035517819161166 | | | Consideration: Trade debt<br>Purchases | | | | 13,948 |
| ACCOUNT NO.<br><br>State Farm' Insurance<br>Clayton Insurance Agency<br>16167 East Whittier Boulevard<br>Whittier, CA 90603 | | | Consideration: Insurance | | | | Notice Only |
| ACCOUNT NO.<br><br>Stephen Wise Temple<br>15500 Stephen Wise Drive<br>Los Angeles, CA 90077 | | | Consideration: Dues | | | | 1,808 |

Sheet no. __10__ of __11__ continuation sheets attached          Subtotal ▶  | $ | 2,617,156
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                     Total ▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

B6F (Official Form 6F) (12/07) - Cont.

In re  Leonard M. Ross                              ,          Case No. _____
                          **Debtor**                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 152 401 5500 0<br><br>The Gas Company<br>PO Box C<br>Monteray Park, CA 91756 | | | Consideration: Add more of your own descriptions here!!<br>Utilities | | | | 3,708 |
| ACCOUNT NO. 7212624919<br><br>The Hartford<br>PO Box 2907<br>Harford, CT 06104-2907 | | | Consideration: Trade debt<br>Insurance | | | | 4,279 |
| ACCOUNT NO. 1001-106<br><br>UCLA Foundation<br>405 Hilgard Avenue<br>Los Angeles, CA 90024 | | | Consideration: Personal<br>Contributions | | | | 2,000 |
| ACCOUNT NO. 0959<br><br>Wells Fargo<br>PO Box 30086<br>Los Angeles, CA 90030-0086 | | | Consideration: Credit Card Debt<br>(Unsecured) | | | | 9,984 |
| ACCOUNT NO.<br><br>Wells Fargo Financial Leasing<br>PO Box 6434<br>Carol Stream, IL 60197-6434 | | | Consideration: Copier lease<br>Debtor asserts claims and setoffs. Copier Agreement | | | X | 4,937 |

Sheet no. 11 of 11 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    24,908

Total ▶  $    58,463,285

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

**B6H (Official Form 6H) (12/07)**

In re  Leonard M. Ross
_____
        **Debtor**

Case No. _____
                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Rossco Holdings Incorporated<br>1011½ N. Beverly Drive<br>Beverly Hills,  California 90210 | Pacific Mercantile Bank<br>9720 Wilshire Boulevard<br>Beverly Hills, CA 90212 |
| Rossco Holdings Incorporated<br>1011½ N. Beverly Drive<br>Beverly Hills,  California 90210 | Bank of America<br>AZ1-200-19-11<br>201 East Washington Street<br>Phoenix, AZ 85004 |
| Rossco Holdings Incorporated<br>1011½ N. Beverly Drive<br>Beverly Hills,  California 90210 | Prosperity Bank<br>2202 Longmire Drive<br>College Station, Texas 77845 |
| Rossco Holdings Incorporated<br>1011½ N. Beverly Drive<br>Beverly Hills,  California 90210 | JP Morgan Private Bank<br>1999 Ave of Stars, Fl 26<br>Los Angeles, California 90067 |
| Rossco Holdings Incorporated<br>1011½ N. Beverly Drive<br>Beverly Hills,  California 90210 | OneWest Bank FSB<br>390 West Valley Parkway<br>Escondido, CA 92025 |
| Rossco Holdings Incorporated<br>1011½ N. Beverly Drive<br>Beverly Hills,  California 90210 | National Guardian Life Insurance Co.<br>Two East Gilman Street<br>Madison, WI 53703 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 30213-301X-02310

**B6H (Official Form) (12/07) -- Cont.**

In re Leonard M. Ross                                    Case No. _____
_____
        **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Rossco Holdings Incorporated<br>1011½ N. Beverly Drive<br>Beverly Hills,  California 90210 | Advanta Bank Corp.<br>PO Box 8088<br>Philadelphia, PA 19101-8088<br>Acct #5475843390810016 |
| Rossco Holdings Incorporated<br>1011½ N. Beverly Drive<br>Beverly Hills,  California 90210 | Bank of America<br>Platinum Plus Business Card<br>PO Box 15710<br>Wilmington, DE 19886-5710<br>Acct #5588455001713291 |
| El Fureidis, LLC<br>105 east De La Guerra Street, Suite 1<br>Santa Barbara, CA 93101 | Chase Home Finance<br>PO Box 78420<br>Phoenix, AZ 85056 |
| Sergey Grishin<br>765 Rockbridge Road<br>Montecito, CA 93108 | Chase Home Finance<br>PO Box 78420<br>Phoenix, AZ 85056 |

Leonard M. Ross
1009 No. Beverly Drive
Beverly Hills, CA 90210


Robert Yaspan
Law Offices of Robert M. Yaspan
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367


Office of the United States Trustee
725 S. Figueroa St., 26th Flr
Los Angeles, CA 90017

Absolute Pool & Spa
3145 Coldwater Canyon
Studio City, CA 91604


Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088


Advanta Platinum Business Card
PO Box 8088
Philadelphia, PA 19101-8088


American Express
Box 0001
Los Angeles, CA 90096-8000


American Express (Blue Card) "Optima"
Box 0001
Los Angeles, CA 90096-8000


Aquarium Master
7623 Bay Drive #1
Huntington Beach,  CA 92648


AT&T
Payment center
Sacramento, CA 95887-0001

Bank of America
201 East Washington Street
Phoenix, AZ 85004


Bank of America
201 East Washington Street
Phoenix, AZ 85004


Bank of America
Platinum Plus Business Card
PO Box 15710
Wilmington, DE 19886-5710


Bank of America
PO Box 15710
Wilmington, DE 19886-5710


Bank of America
PO Box 301200
Los Angeles, CA 90030-1200


Bank of America
PO Box 301200
Los Angeles, CA 90030-1200


Bank of America
PO Box 301200
Los Angeles, CA 90030-1200

Bellagio Hotel
3600 Las Vegas Blvd South
Las Vegas, NV 89109


Brentwood Country Club
590 South Burlingame Avenue
Los Angeles, CA 90046


BTU
PO Box 8000
Bryan, TX 77805


Caesars Palace  Hotel
3475 Las Vegas Blvd. South
Las Vegas, NV 89109


California Choice
PO Box 7088
Orange, CA 92863


Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716


Chase Auto Finance
PO Box 78101
Phoenix, AZ 85062

Chase Home Finance
PO Box 78420
Phoenix, AZ 85056-8420


Chase Home Finance
PO Box 78420
Phoenix, AZ 85056-8420


Chase Home Finance
PO Box 78420
Phoenix, AZ 85056-8420


Citi Card
PO Box 688901
Des Moines, IA 50368-8901


Citizen's Bank
P. O. Box 42115
Providence, RI 02940-2115


Del Mar
2260 Jimmy Durante Blvd
Del Mar, CA 92014


El Fureidis, LLC
105 east De La Guerra Street, Suite 1
Santa Barbara, CA 93101


Erwin, Cohen & Jessup
9401 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212-2974

Fireman's Fund Insurance
PO Box 7288
Pasadena, CA 91109

Firstlease, Inc.
c/o Law Offices of Martin Goldman
10880 Wiilshire Blvd., Suite 2240
Los Angeles, CA 90024

Fitness Club Warehouse Inc.
Accounts Service Department
PO Box 731
Mahwah, NMJ 07430

Ford Credit
PO Box 7172
Pasadena, CA 91109-7172

HSBC Business Solutions
PO Box 5219
Carol  Stream, IL 60197-5219

JP Morgan Private Bank
PO Box 94014
Palatine, IL 60094-4014

Kessler and Kessler
1800 Century Park East Suite 400
Los Angeles, CA 90067

Kirstina C. Royce
Butler, Buzard, Fishbein & Royce LLP
11611 San Vicente Boulevard, Suite 820
Los Angeles, CA 90049


Megapath Inc.
Dept. 0324
PO Box 120324
Dallas, TX 75312


Mendes and Mount
c/o Michael McCarthy
Nemecek and Cole
15260 Ventura Blvd., Suite 920
Sherman Oaks,  CA 91403

Merri Jean Ross
1023 N. Roxbury Drive
Beverly Hills, CA 90210

Merri Jean Ross
1023 N. Roxbury Drive
Beverly Hills, CA 90210


Nataalia Rey
9196 Thrasher Avenue
Los Angeles, CA  90069


Nataalia Rey
9196 Thrasher Avenue
Los Angeles, CA  90069

National Guardian Life Insurance Co.
Two East Gilman Street
Madison, WI 53703


National Guardian Life Insurance Co.
Two East Gilman Street
Madison, WI 53703


OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025


OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025


OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025


OneWest Bank FSB
390 West Valley Parkway
Escondido, CA 92025

Pacific Mercantile Bank
9720 Wilshire Boulevard
Beverly Hills, CA 90212


Pacific Mercantile Bank
9720 Wilshire Boulevard
Beverly Hills, CA 90212



Prosperity Bank
2202 Longmire Drive
College Station, Texas 77845



Quality Enterprises
11378 Hichory Road
College Station, TX 77845
Unit F, Unit I



Quality Enterprises
11378 Hichory Road
College Station, TX 77845
Unit F, Unit I



R . Schnitman, M.D.
435 N. Bedford Drive
Lower Level No. 1
Beverly Hills, CA 90210


RFF Family Partnership, LP
226 Twenty-Third Street
Santa Monica, California 90402

Rock N'Roll-Off
a Recycling & Disposal Co.
PO Box 144
Agoura Hills, CA 91376


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210

Rossco Holdings Incorporated
1011½ N. Beverly Drive
Beverly Hills,  California 90210


Rossco MP Properties Co. LLC
1011½ N. Beverly Drive
Beverly Hills, CA 90210


Scottsdale Insurance Company
8877 North Gainey Center Drive
Scottsdale, AZ 85258


Sergey Grishin
765 Rockbridge Road
Montecito, CA 93108


Staples
PO Box 689020
Des Moines, IA 50368
Acct #6035517819161166


State Farm' Insurance
Clayton Insurance Agency
16167 East Whittier Boulevard
Whittier, CA 90603


Stephen Wise Temple
15500 Stephen Wise Drive
Los Angeles, CA 90077


The Gas Company
PO Box C
Monteray Park, CA 91756

The Hartford
PO  Box 2907
Harford, CT 06104-2907


UCLA Foundation
405 Hilgard Avenue
Los Angeles, CA 90024


Wells Fargo
PO Box 30086
Los Angeles,  CA 90030-0086


Wells Fargo Financial Leasing
PO Box 6434
Carol  Stream, IL 60197-6434


Wells Fargo Financial Leasing
PO Box 6434
Carol  Stream, IL 60197-6434

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 21700 Oxnard Street, Suite 1750, Woodland Hills CA 91367

A true and correct copy of the foregoing document *described* **AMENDED SCHEDULES AND/OR STATEMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 25, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Henkie F Barron    hbarron@winston.com, docketsf@winston.com
- Jerome Bennett Friedman    jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com
- Michael S Greger    mgreger@allenmatkins.com
- Stacy W Harrison    Stacy.Harrison@bingham.com
- Michael S Kogan    mkogan@ecjlaw.com
- Dare Law    dare.law@usdoj.gov
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- David J Richardson    djr@thecreditorslawgroup.com
- Scott A Schiff    sas@soukup-schiff.com
- David B Shemano    dshemano@pwkllp.com
- Timothy J Silverman    tim@sgsslaw.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Thomas B Ure    tbuesq@aol.com, ThomasUre@aol.com
- Joshua D Wayser    joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
- Robert M Yaspan    court@yaspanlaw.com, tmenachian@yaspanlaw.com

II.  **SERVED VIA FIRST CLASS MAIL AND/OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **January 25, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chase Home Finance
PO Box 78420
Phoenix, AZ 85056-8420

Merri Jean Ross
1023 N. Roxbury Drive
Beverly Hills, CA 90210

El Fureidis, LLC
105 East De La Guerra Street, Suite 1
Santa Barbara, CA 93101

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Sergey Grishin
765 Rockbridge Road
Montecito, CA 93108

<u>Chamber Copy</u>
The Hon. Vincent Zurzolo
255 E. Temple Street, Suite 1360 Courtroom 1368
Los Angeles, CA 90012

Office of the United States Trustees
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 25, 2011 | Tatyana Menachian | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.