FILED & ENTERED

FEB 03 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

CHANGES MADE BY COURT

PETER C. ANDERSON
UNITED STATES TRUSTEE
Dare Law, SBN 155714
Trial Attorney
Office of the United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA  90017
Tel: (213) 894-4925
Fax: (213) 894-2603
e-mail:  dare.law@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LEONARD M. ROSS<br><br>        Debtor. | Case No.: 2:10-bk-49358 VZ<br><br>Chapter  11<br><br>**ORDER:**<br>**1) CONTINUING HEARING ON MOTION TO APPOINT A CHAPTER 11 TRUSTEE; AND**<br>**2) APPOINTING AN EXAMINER**<br><br>Date: January 25, 2011<br>Time: 11:00 a.m.<br>Ctrm: 1368<br>      Roybal Federal Building<br>      255 E. Temple Street<br>      Los Angeles, CA 90012 |

     The Motion to Direct the Appointment of an Independent Chapter 11 Trustee filed by creditor, Bank of America ("Motion") , was heard on the date and time indicated above with appearances as noted on the record.  The Court having considered the Motion and for the reasons set forth on the record, it is hereby ORDERED THAT: (A) the hearing on the motion is continued to May 10, 2011 @ 11:00 a.m.; and (B) the United States Trustee is ordered to appoint an examiner with the following duties:

1. Investigate any and all pre-petition transfers to Debtor's law firm and law firm's client trust account,

2. Investigate the leasing of Debtor's real property, the security deposit transactions related to the disclosed lease of the real property, and whether there are any circumstances and

1

reasons, why certain information contained in the disclosed lease should remain confidential,

3. Investigate any avoidable transfers between Debtor and insiders, including related affiliates or entities and family members,

4. Investigate Debtor's gambling for the one year period prior to the filing of Debtor's bankruptcy petition, and determine on both a cash and accrual basis, whether Debtor suffered a loss during this period,

5. The total budget for this work shall be $10,000.00 paid by the bankruptcy estate. Creditors may supplement this budget but may not pursue any claims against the estate for the amounts supplemented,

6. The Examiner shall prepare a declaration and report to be filed, no later than March 30, 2011, with the Court and served upon the following parties, Robert Yaspan, Esq, attorney for Debtor, David Richardson, Esq. attorney for Rossco Holding, Inc. WM Properties. Ltd, Colony Lodging, Inc;, Montecito Estates LLC, 1009 BH Properties, LLC, Chimney Hill Properties Ltd., Joshua D. Wayser, Esq., attorney for Bank of America, David Shemano, attorney for National Guardian Life Insurance Company, Stacy W. Harrison, Esq. attorney for JP Morgan Chase Bank, N.A., Scott Schiff, Esq., attorney for Carolina Casualty Insurance Company.  The hearing on the Examiner's report shall be held on May 10, 2011 at 11:00 a.m. at 255 E. Temple Street, Courtroom 1368, Los Angeles, CA  90012,

# # #

DATED: February 3, 2011

United States Bankruptcy Judge

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 725 South Figueroa Street, Suite 2600, Los Angeles, CA 90017

The foregoing document ORDER GRANTING MOTION TO APPOINT AN EXAMINER
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: NONE

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  01/28/11  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

<u>Debtor</u>
Leonard M. Ross
1009 N Beverly Drive
Beverly Hills, CA 90210

<u>Attorney for Debtor</u>
Robert M Yaspan
Law Offices of Robert M Yaspan
21700 Oxnard St Ste 1750
Woodland Hills, CA 91367

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  01/28/11  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Personal Delivery:**
The Honorable Vincent P. Zurzolo, U.S. Bankruptcy Judge
U.S. Bankruptcy Court, Roybal Federal Building
255 E. Temple Street, Suite 1368  Drop Bin
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 01/28/11 | Stephanie Hill | /s/ Stephanie Hill |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER:**
**1) CONTINUING HEARING ON MOTION TO APPOINT A CHAPTER 11 TRUSTEE; AND**
**2) APPOINTING AN EXAMINER**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___01/28/11___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐    Service information continued on attached page

## SERVICE LIST FOR ENTERED ORDER

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| - Henkie F Barron  hbarron@winston.com, docketsf@winston.com <br> - Jerome Bennett Friedman  jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com <br> - Michael S Greger  mgreger@allenmatkins.com <br> - Stacy W Harrison  Stacy.Harrison@bingham.com <br> - Michael S Kogan  mkogan@ecjlaw.com <br> - Dare Law  dare.law@usdoj.gov <br> - Justin E Rawlins  jrawlins@winston.com, docketla@winston.com <br> - David J Richardson  djr@thecreditorslawgroup.com <br> - Scott A Schiff  sas@soukup-schiff.com <br> - David B Shemano  dshemano@pwkllp.com <br> - Timothy J Silverman  tim@sgsslaw.com <br> - United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov <br> - Thomas B Ure  tbuesq@aol.com, ThomasUre@aol.com <br> - Joshua D Wayser  joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com <br> - Robert M Yaspan  court@yaspanlaw.com, tmenachian@yaspanlaw.com | <u>Debtor</u> <br> Leonard M. Ross <br> 1009 N Beverly Drive <br> Beverly Hills, CA 90210 |